Exhibit 1

| Plan Number | Plan Name | Anthem Subsidiaries |
|---|---|---|
| H0147 | HealthKeepers (Medicare-Medicaid Plan) | Healthkeepers, Inc. |
| H0564 | Anthem MediBlue Plus (HMO) d/b/a Blue Cross Senior Secure Plan I | Blue Cross Of California. |
| H1394 | Anthem MediBlue Dual Advantage | HMO Colorado, Inc.. |
| H1517 | Anthem Medicare Preferred Core | Anthem Insurance Companies, Inc.. |
| H1607 | Anthem MediBlue Access Plus (PPO) | Anthem Insurance Companies, Inc.. |
| H1849 | Anthem MediBlue Plus d/b/a Anthem Senior Advantage Value | Anthem Health Plans Of Kentucky, Inc.. |
| H1894 | Amerivantage Classic (HMO) | Amerigroup Washington, Inc.. |
| H2836 | Anthem MediBlue Preferred Standard | Anthem Health Plans, Inc.. |
| H3342 | Empire MediBlue Access (PPO) d/b/a Empire MediBlue Freedom II | Empire Healthchoice Assurance, Inc.. |
| H3370 | Empire MediBlue Plus (HMO) | Empire Healthchoice Hmo, Inc.. |
| H3447 | Anthem MediBlue Plus (HMO) d/b/a Anthem MediBlue Local | Healthkeepers, Inc.. |
| H3536 | Anthem MediBlue Plus (HMO d/b/a Anthem MediBlue Select | Matthew Thornton Health Plan, Inc.. |
| H3655 | Anthem MediBlue Essential (HMO) d/b/a Anthem Senior Advantage Plus | Community Insurance Company. |
| H4036 | Anthem MediBlue Access (PPO) d/b/a Anthem Medicare Preferred Core | Anthem Insurance Companies, Inc.. |
| H4211 | Amerivantage Classic | Amerigroup Georgia Managed Care Company, Inc. |
| H4909 | Anthem MediBlue Access (PPO) d/b/a Anthem Medicare Preferred Core | Anthem Health Plans Of Virginia, Inc.. |
| H5422 | Anthem MediBlue Plus (HMO) d/b/a BCBSHP Dual Advantage | Blue Cross Blue Shield Of Georgia. |
| H5529 | Anthem Medicare Preferred Standard | Community Insurance Company. |
| H5530 | Anthem MediBlue Access d/b/a Anthem Medicare Preferred Standard | Anthem Health Plans Of Kentucky, Inc.. |
| H5854 | Anthem MediBlue Select (HMO) d/b/a Anthem MediBlue Select | Anthem Health Plans, Inc.. |
| H6229 | Anthem Blue Cross Cal MediConnect | Blue Cross Of California Partnership Plan Inc.. |
| H6786 | Anthem MediBlue Access (PPO) | Anthem Health Plans Of Maine, Inc.. |
| H7728 | Anthem Medicare Preferred Premier | Anthem Health Plans Of New Hampshire, Inc.. |
| H8417 | Empire BlueCross BlueShield HealthPlus FIDA Plan (Medicare-Medicaid Plan) | Amerigroup New York, Llc. |

Exhibit 1

| Plan Number | Plan Name | Anthem Subsidiaries |
|---|---|---|
| H8432 | Empire MediBlue Plus (HMO); Anthem Dual Advantage | Anthem Health Plans Of Maine, Inc. |
| H8552 | Anthem MediBlue Access (PPO); Anthem Medicare Preferred Standard | Anthem Blue Cross Life And Health Insurance Co.. |
| H9525 | Anthem MediBlue Plus (HMO) | Compcare Health Services Insurance Corporation. |
| H9525 | Anthem MediBlue Select | Compcare Health Services Insurance Corporation. |
| H9886 | Anthem MediBlue Plus (HMO) | Hmo Missouri, Inc.. |
| H9947 | BCBSGa MediBlue Access (PPO) | Blue Cross Blue Shield Of Georgia. |
| H9954 | Anthem MediBlue Dual Advantage | Anthem Insurance Companies, Inc. (Hmo). |
| Hl517 | Anthem Medicare Preferred Core | Anthem Insurance Companies, Inc.. |
| Hl607 | Anthem Medicare Preferred Standard | Anthem Insurance Companies, Inc.. |
| Hl849 | Anthem Senior Advantage Value (HMO) | Anthem Health Plans Of Kentucky, Inc.. |
| R5941 | Anthem MediBlue Access (Regional PPO) | Anthem Insurance Companies, Inc.. |