## Empire Blue Cross Blue Shield Teams With MediConnect Global, Inc.



July 1, 2010

Empire Blue Cross Blue Shield (Empire) is pleased to announce its collaboration with MediConnect Global, Inc. ("MediConnect"), a leading records retrieval and electronic document management company that specializes in medical records retrieval, digitization, coding and delivery via the internet. MediConnect's web based workflows will help reduce time and improve efficiency and costs associated with record retrieval, coding, and document management.



CMS requires that we perform oversight activities related to the collection and reporting of member diagnosis data which must be supported by medical record documentation. As such, Empire has engaged MediConnect to perform retrospective reviews of our Medicare Advantage member medical records. MediConnect's role in record retrieval, review and coding will be instrumental in helping Empire ensure risk adjustment payment integrity and accuracy.

If you have any questions regarding MediConnect Global, Inc., or this record retrieval process contact your Provider Services Representative.

Services provided by Empire HealthChoice HMO, Inc. and/or Empire HealthChoice Assurance, Inc., licensees of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield plans. The Blue Cross and Blue Shield names and symbols are registered marks of the Blue Cross and Blue Shield Association.

MediConnect Global, Inc. is an independent company providing medical record retrieval services.