# Excludes Simply

US-12-B

| Program | | 2015 Program Actual |
|---|---|---|
| Membership | | |

## Program Expense Aligned to Revenue Payment Year

| Program | 2015 Unit Cost | 2015 Volumes | 2015 Actual |
|---|---|---|---|
| Housecalls | | | |
| In Office | | | |
| Retro Charts[1] | $ 37 | 511,190 | $ 18,811,606 |
| Non-HDC Total[2] | | | $ 66,081,057 |

## Program Revenue Aligned to Expense Year

| Program | 2015 Unit Revenue | 2015 Volumes | Revenue on 2015 Actual |
|---|---|---|---|
| Housecalls | | | |
| In Office | | | |
| Retro Charts | $ 170 | 511,190 | $ 112,929,769 |
| Non-HDC Total | | | |

## Program Revenue ROI (i.e. Revenue/Expense)

| Program | Revenue on 2015 Budget | Revenue on 2015 Actual |
|---|---|---|
| Housecalls | | 3.77 |
| In Office | | 1.31 |
| Retro Charts | | 6.00 |
| Non-HDC Total | | 3.25 |

Notes

[1] 2015 include $1.3M of re-code of 2014 charts; 2015 include $2.4M of targeting improvement benefits (i.e. worth $5/chart cost impr

[4] Program volumes and $ are aligned with the revenue payment year