

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

September 9, 2021

**By ECF**
Honorable Andrew L. Carter
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:    *United States of America v. Anthem, Inc.*, 20 Civ. 2593 (ALC)

Dear Judge Carter:

    I write respectfully to inform the Court that I will be leaving the United States Attorney's Office.  Accordingly, I request the entry of an order terminating my appearance in this matter.  My colleague AUSA Peter Aronoff has entered an appearance on behalf of the United States and will continue to handle the case.

    I thank the Court for its consideration of this submission.

    Respectfully,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

By:    /s/ *Rachael L. Doud*
    RACHAEL L. DOUD
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-3274
    Facsimile: (212) 637-2786
    E-mail: rachael.doud@usdoj.gov