UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>ANTHEM, INC.,<br><br>　　　　　　　Defendant. | No. 20-cv-02593-ALC |

**NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 1.4**

PLEASE TAKE NOTICE that attorney Margaret L. Carter is hereby withdrawn as counsel of record in the above-captioned matter for Defendant, Anthem, Inc. In support of this notice and in conformance with Local Rule 1.4, the undersigned counsel states the following:

1. Ms. Carter left the law firm of O'Melveny & Myers LLP, effective May 5, 2021, and no longer represents Anthem, Inc.

2. O'Melveny & Myers LLP continues to be counsel of record in this matter for Anthem, Inc. and the undersigned attorneys maintain their appearances.

3. There is no retaining or charging lien, and no party will suffer any prejudice or delay by Ms. Carter's withdrawal from this litigation.

4. Anthem, Inc. consents to Ms. Carter's withdrawal.

| | |
|---|---|
| Dated: September 21, 2021<br>New York, New York | Respectfully Submitted,<br><br>*/s/ Valerie Cohen*<br>Valerya ("Valerie") Cohen<br>vcohen@omm.com<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, New York 10036<br>Telephone:  (212) 326-2000<br>Facsimile:  (212) 326-2061<br><br>K. Lee Blalack, II (admitted *Pro Hac Vice*)<br>lblalack@omm.com<br>David J. Leviss<br>dleviss@omm.com<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone:  (202) 383-5300<br>Facsimile:  (202) 383-5414<br><br>David Deaton (admitted *Pro Hac Vice*)<br>ddeaton@omm.com<br>610 Newport Center Drive, 17th Fl.<br>Newport Beach, CA 92660<br>Telephone:  (949) 823-6900<br>Facsimile:  (949) 823-6994<br><br>James Bowman (admitted *Pro Hac Vice*)<br>jbowman@omm.com<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Telephone:  (213) 430-6000<br>Facsimile:  (213) 430-6407<br><br>*Attorneys for Defendant Anthem, Inc.* |