**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4061

T: +1 202 383 5300
F: +1 202 383 5414
omm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/05/2023

February 3, 2023

K. Lee Blalack II
D: +1 202 383 5374
lblalack@omm.com

**VIA ELECTRONIC DELIVERY & COURT FILING**

The Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

Re:     *United States v. Anthem, Inc., 1:20-cv-02593-ALC-KHP*

Dear Judge Parker:

    We represent the Defendant in this case, Anthem, Inc. ("Anthem"). We write to respectfully request that the Initial Case Management Conference for this case, currently scheduled for March 27, 2023, be rescheduled for a time on April 4 or April 5, 2023, or another time at the Court's convenience. Defendant's counsel have pre-existing obligations that conflict with the currently scheduled date. This is Defendant's first request to reschedule the Initial Case Management Conference.

    Plaintiff's counsel does not object to this request, and has confirmed availability for the proposed April 4-April 5, 2023 window.

    We thank the Court for its consideration of this request.

---

**APPLICATION GRANTED:** Initial Case Management Conference scheduled for Monday, March 27, 2023 at 10:30 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Tuesday, April 11, 2023 at 10:30 a.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

02/05/2023

---