# EXHIBIT A

**Anthem's Proposed Case Management Schedule**

| Event | Deadline |
|---|---|
| Start of Fact Discovery | March 17, 2023 |
| Deadline for Serving Initial Disclosures | March 30, 2023 |
| Initial Case Management Conference | April 11, 2023 |
| Fact Discovery Deadline | March 31, 2025 |
| Deadline for Plaintiff's Designation of Experts and Service of Affirmative Expert Reports | May 19, 2025 |
| Deadline for Defendant's Designation of Experts, Service of Affirmative Expert Reports, and Service of Rebuttal Expert Reports | July 21, 2025 |
| Deadline for Plaintiff's Service of Rebuttal Expert Reports Addressing Opinions in Defendants' Affirmative Expert Reports | September 22, 2025 |
| Expert Discovery Deadline | December 12, 2025 |
| Rule 702 of the Federal Rules of Evidence Motion ("*Daubert* Motion") Briefing | January 21, 2026 – April 15, 2026<br>• January 21, 2026: Parties file and serve moving papers<br>• March 18, 2026: Parties file and serve oppositions<br>• April 15, 2026: Parties file and serve replies |
| Dispositive Motion Briefing | May 20, 2026 – August 26, 2026<br>• May 20, 2026: Parties file and serve moving papers<br>• July 22, 2026: Parties file and serve oppositions<br>• August 26, 2026: Parties file and serve replies |
| Motions *in Limine* Briefing | January 20, 2027 – February 24, 2027<br>• January 20, 2027: Parties file and serve moving papers<br>• February 24, 2027: Parties file and serve oppositions |
| Pretrial Conference | March 24, 2027, subject to the Court's availability and preference |
| Start of Trial | April 26, 2027, subject to the Court's availability and preference |