**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
  UNITED STATES OF AMERICA,

                             Plaintiff,

            -against-

ANTHEM, INC.,

                            Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2023

**20-CV-2593 (ALC) (KHP)**

**ORDER SCHEDULING CASE**
**MANAGEMENT CONFERENCES**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 11, 2023, the parties appeared for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings, Parties, and Motions.** The parties shall have until **April 14, 2023** to amend the pleadings and join parties. No further amendments or joinder of parties thereafter absent good cause.

**Discovery.** The deadline to complete fact discovery is **June 28, 2024**. The deadline to complete any expert discovery is **February 28, 2025**. By **April 28, 2023**, the parties shall file a proposed protective order and ESI protocol.

**Discovery Disputes.** The parties shall follow the Court's Individual Procedures with respect to any discovery disputes. See https://nysd.uscourts.gov/hon-katharine-h-parker.

**Rule 1 and Rule 26(b)(1).** Counsel shall comply with Rule 1 and Rule 26(b)(1) in the conduct of discovery.

**Document Requests.** Counsel shall be fully familiar with their obligations under Rules 34 and 26(g) and consider and discuss ways to ensure compliance and minimize disputes

regarding overbreadth and specificity of requests and responses.  A failure to comply with this responsibility carries serious consequences.  Requests for any and all documents on a broad topic are presumptively improper.  Likewise, courts have held that an objection that does not appropriately explain its grounds is forfeited.  *See, e.g.*, *Wesley Corp. v. Zoom T.V. Prods., LLC*, No. 17-100212018, 2018 WL 372700, at *4 (E.D. Mich. Jan. 11, 2018); *Fischer v. Forrest*, No. 14 Civ. 01304 (PAE) (AJP), 2017 WL 773694 (S.D.N.Y. Feb. 28, 2017) ("[A]ny discovery response that does not comply with Rule 34's requirement to state objections with specificity (and to clearly indicate whether responsive material is being withheld on the basis of objection) will be deemed a waiver of all objections (except as to privilege).").

**Case Management Conferences.**   A series of Case Management conferences is scheduled for the following dates in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  **The parties shall file a joint status letter that includes agenda items one week in advance of each conference.  The letters shall be no more than three pages in length.**

**Monday, May 8, 2023 at 11:45 a.m.**

**Tuesday, June 27, 2023 at 11:45 a.m.**

**Tuesday, July 25, 2023 at 2:15 p.m.**

**Tuesday, August 22, 2023 at 10:00 a.m.**

**Tuesday, September 19, 2023 at 10:00 a.m.**

**Tuesday, October 17, 2023 at 10:00 a.m.**

**SO ORDERED.**

DATED: New York, New York
April 11, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge