USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __04/24/2023__

**O'Melveny**

O'Melveny & Myers LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071-2899

# MEMO ENDORSED

April 21, 2023

**Jim Bowman**
D: +1 213 430 6569
jbowman@omm.com

**VIA ELECTRONIC DELIVERY AND COURT FILING**

The Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

Re:     *United States v. Anthem, Inc., 1:20-cv-02593-ALC-KHP*

Dear Judge Parker:

    We represent the Defendant in this case, Anthem, Inc. ("Anthem"). We write to respectfully request that the next Case Management Conference for this case, currently scheduled for Monday, May 8, 2023, at 11:30 a.m. ET, be continued by one week, to Monday, May 15, 2023 at 11:30 a.m. ET, or alternatively to Wednesday, May 17, 2023.

    Defendant's counsel have pre-existing obligations that conflict with the currently scheduled date. This is Defendant's first request to reschedule this Case Management Conference (it previously made one request to reschedule the Initial Case Management Conference).

    Plaintiff's counsel does not object to this request, and has confirmed availability for Monday, May 15 at 11:30 a.m. ET, as well as availability for Wednesday, May 17, 2023.

    We thank the Court for its consideration of this request.

**APPLICATION GRANTED:** **The Case Management Conference  scheduled on Monday, May 8, 2023 at 11:45 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Wednesday, May 17, 2023 at 2:00 p.m.**

**APPLICATION GRANTED**

*Katharine H Parker*

**Hon. Katharine H. Parker, U.S.M.J.**

**04/24/2023**

Austin · Century City · Dallas · Houston · Los Angeles · Newport Beach · New York · San Francisco · Silicon Valley · Washington, DC
Beijing · Brussels · Hong Kong · London · Seoul · Shanghai · Singapore · Tokyo