

O'Melveny & Myers LLP  
400 South Hope Street  
18th Floor  
Los Angeles, CA 90071-2899

T: +1 213 430 6000  
F: +1 213 430 6407  
omm.com

April 26, 2023

**Jim Bowman**  
D: +1 213 430 6569  
jbowman@omm.com

**VIA ELECTRONIC DELIVERY AND COURT FILING**

The Honorable Katharine H. Parker  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Room 750  
New York, New York 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 4/27/2023

**Re:**   *United States v. Anthem, Inc., 1:20-cv-02593-ALC-KHP*

Dear Judge Parker:

     We represent the Defendant in this case, Anthem, Inc. We write jointly with Plaintiff's counsel to respectfully request that the Court extend the deadline for the parties to file the proposed protective order and electronically stored information (ESI) protocol, currently due Friday, April 28, 2023, by one week, to Friday, May 5, 2023.

     The parties continue to meet and confer on the draft protective order and ESI protocol and believe that an additional week will allow the parties to further minimize any remaining differences.

     Plaintiff's counsel joins in this request, and this is the parties' first joint request to extend the deadline to file the proposed protective order and ESI protocol.

     We thank the Court for its consideration of this request.

APPLICATION GRANTED

*Kathaine H. Parker*  
Hon. Katharine H. Parker, U.S.M.J.   4/27/2023

Austin • Century City • Dallas • Houston • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC  
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo

O'Melveny

Dated:  April 26, 2023    Respectfully submitted,

By:  /s/ James A. Bowman

JAMES A. BOWMAN, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone:     (213) 430-6000
Facsimile:     (213) 430-6407
jbowman@omm.com

K. LEE BLALACK, II, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone:     (202) 383-5300
Facsimile:     (202) 383-5414
lblalack@omm.com

DAVID DEATON, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport, CA 92660
Telephone:     (949) 823-6900
Facsimile:     (949) 823-6994
ddeaton@omm.com

VALERYA ("VALERIE") COHEN
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Telephone:     (212) 326-2000
Facsimile:     (212) 326-2061
vcohen@omm.com

HEYWARD BONYATA, *Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone:     (803) 255-9655
heyward.bonyata@nelsonmullins.com

O'Melveny

JOHN MARTIN, *Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone: (803) 255-9241
john.martin@nelsonmullins.com

*Attorneys for Defendant Anthem, Inc.*

cc: Assistant United States Attorney Jeannette Anne Vargas, Esq.
    Assistant United States Attorney Rebecca Sol Tinio, Esq.
    Assistant United States Attorney Peter Max Aronoff, Esq.
    Assistant United States Attorney Zachary Bannon, Esq.
    Assistant United States Attorney Charles Salim Jacob, Esq.
    Assistant United States Attorney Adam M. Gitlin, Esq.
    Assistant United States Attorney Dana Walsh Kumar, Esq.