UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                      Plaintiff,

                  -against-

ANTHEM, INC.,

                                   Defendant.
-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 6/22/2023

20-CV-2593 (ALC) (KHP)

**ORDER CONVERTING CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The case management conference in this matter scheduled for **Tuesday, June 27, 2023 at 11:45 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

        SO ORDERED.

DATED:     New York, New York
                June 22, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge