UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  UNITED STATES OF AMERICA,

                                    Plaintiff,

              -against-

  ANTHEM, INC.,

                                   Defendant.
-----------------------------------------------------------------X

**20-CV-2593 (ALC) (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2023

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed in the September 19, 2023 case management conference, by **September 26, 2023**, Plaintiff shall provide Defendant with custodian names. The parties shall meet and confer about the Court's proposed compromise regarding the dispute over production of certain documents being withheld on the basis of deliberative process privilege and write to the Court **by no later than October 3, 2023** with respect to their positions and any compromise reached. Within one week, the parties shall schedule an informal meeting with relevant data experts to further refine the remaining data to be produced by Defendant and shall cooperate via informal exchange of information between now and the next scheduled conference and be prepared to discuss at that conference the timeframe for completion of production of the data.

SO ORDERED.

DATED:    New York, New York
              September 19, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge