UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,                      20-CV-2593 (ALC) (KHP)

      -against-

                                                                **ORDER**

ANTHEM, INC.,

                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On October 17, 2023, the parties appeared for a Case Management Conference. As discussed at the conference, the **November 14, 2023** status conference scheduled for **10 a.m.** will be converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.

The Defendant shall have until **November 7, 2023** to provide the Government with a further refined list of topics for its preliminary 30(b)(6) deposition. The parties shall complete the preliminary 30(B)(6) deposition by no later than **December 8, 2023.**

      **SO ORDERED.**

DATED:     New York, New York
                October 19, 2023

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2023