UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    Plaintiff,                    20-CV-2593 (ALC) (KHP)

      -against-

                                                **ORDER**

ANTHEM, INC.,

                    Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    The Court thanks the parties for the letter providing an update on negotiations regarding the custodians proposed by the Government. ECF No. 191. To the extent the parties can not reach an agreement regarding the remaining five custodians in advance of the Tuesday, April 9, 2024 case management conference, the Government shall file a letter by no later than **Friday, April 5, 2024** which lists the remaining custodians in dispute, their respective titles, and an explanation of what information the Government believes the custodians have in their custody, possession, or control.

    SO ORDERED.

DATED:    New York, New York
              March 28, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge