UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  UNITED STATES OF AMERICA,

                           Plaintiff,

                -against-

ANTHEM, INC.,

                         Defendant.
-----------------------------------------------------------------X

20-CV-2593 (ALC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

For the reasons described in the undersigned's previous order at ECF No. 199, the parties' motion to seal at ECF No. 172 is DENIED without prejudice. Plaintiff's motion at ECF No. 201 is GRANTED.

**The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 172 and 201, but shall not unseal any documents at this time. The Clerk is also directed to seal the document at ECF No. 196, it should be restricted to the parties.**

By **May 1, 2024**, the parties shall publicly file their motions to seal. If the parties do refile their motions by **May 1, 2024**, the Court will direct that all of the documents be unsealed. The Plaintiff is directed to file a public version of the document at ECF No. 196 with narrowly tailored redactions by **Friday, April 19, 2024.**

      SO ORDERED.

DATED:    New York, New York
              April 15, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2024