USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    Plaintiff,                          20-CV-2593 (ALC) (KHP)

       -against-

                                                  **ORDER**

ANTHEM, INC.,

                    Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On June 12, 2024, the parties appeared for a Case Management Conference. As discussed at the conference and set forth more fully on the record:

- Before the July 23, 2024 status conference, Plaintiff will identify up to five (5) Defendant custodians from which it intends to seek discovery of documents dating back to 2009;

- Plaintiff shall also identify the specific Requests for Production that should be searched for each of the five custodians, for the period dating back to 2009;

- Upon receipt of the Plaintiff's proposal, subject to a meet and confer regarding the appropriate Requests for Production, Defendant will begin collection of documents that are responsive to Plaintiff's requests for the relevant period.

    **SO ORDERED.**

DATED:    New York, New York
                June 12, 2024

                                                     _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge