O'Melveny

O'Melveny & Myers LLP  T: +1 213 430 6000
400 South Hope Street   F: +1 213 430 6407
18th Floor              omm.com
Los Angeles, CA 90071-2899

October 8, 2024

**Adam Levine**
D: + 1 213 430 6105
alevine@omm.com

**VIA ELECTRONIC DELIVERY AND COURT FILING**

The Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

Re:   <u>United States v. Anthem, Inc., 1:20-cv-02593-ALC-KHP</u>

Dear Judge Parker:

Pursuant to the Court's Order during the September 10, 2024 Case Management Conference, the parties jointly submit this status report regarding their meet and confer discussions related to the Government's discovery requests to Anthem.

I.   **Additional Information Sought by the Government Regarding Anthem's Document Production in Response to the Government's Second and Third Sets of Requests for Production**

Pursuant to the Court's July 24, 2024, order, the Government served Anthem with supplemental ESI requests. *See* ECF No. 243. The Government has also requested additional information from Anthem regarding its previous document collection, review and production in response to the Government's Second and Third Sets of Requests for Production ("RFPs"). Anthem has provided the Government with information responsive to these requests, and the parties continue to meet and confer regarding additional information requests from the Government. There are no current disputes that require the Court's intervention at this time. The parties will provide a further update to the Court on the status of their ongoing meet and confer discussions at the next Case Management Conference, scheduled for October 29, 2024.

II.  **The Government's Recently Served RFPs and Interrogatories on Anthem**

On September 9, 2024, the Government served Anthem with its Fourth Set of RFPs. Anthem will timely serve its objections and responses to the Fourth Set of RFPs tomorrow, October 9, 2024.

In addition, on September 24, 2024, the Government served Anthem with its Fifth Set of RFPs, as well its First Set of Interrogatories. Anthem expects to timely serve its objections and responses to these new discovery requests on October 24, 2024.

Among other things, the Government's new discovery requests seek documents and information about the design of Anthem's chart review program and internal claims audits that the parties discussed with the Court at the September 10, 2024 Case Management Conference. The parties have already commenced their meet and confer discussions regarding the new sets of RFPs and potential search strings associated with those requests that call for custodial searches, and will continue to do so both before and after Anthem serves its formal objections and responses to the discovery requests as required by the Federal Rules of Civil Procedure. To date, there are no disputes that require the Court's intervention.

O'Melveny

| | |
|---|---|
| Dated: October 8, 2024 | Respectfully submitted, |
| | By: /s/ Adam Levine |

        K. LEE BLALACK, II, *Pro Hac Vice*
        ANWAR GRAVES, *Pro Hac Vice*
        **O'MELVENY & MYERS LLP**
        1625 Eye Street, N.W.
        Washington, D.C. 20006
        Telephone: (202) 383-5300
        Facsimile: (202) 383-5414
        lblalack@omm.com
        agraves@omm.com

        JAMES A. BOWMAN, *Pro Hac Vice*
        ADAM LEVINE, *Pro Hac Vice*
        **O'MELVENY & MYERS LLP**
        400 South Hope Street, 18th Floor
        Los Angeles, California 90071
        Telephone: (213) 430-6000
        Facsimile: (213) 430-6407
        jbowman@omm.com
        alevine@omm.com

        DAVID DEATON, *Pro Hac Vice*
        **O'MELVENY & MYERS LLP**
        Two Embarcadero Center, 28th Floor
        San Francisco, CA 94111
        Telephone: (949) 823-6900
        Facsimile: (949) 823-6994
        ddeaton@omm.com

        JOHN MARTIN, *Pro Hac Vice*
        HEYWARD BONYATA, *Pro Hac Vice*
        **NELSON MULLINS RILEY & SCARBOROUGH LLP**
        1320 Main Street, 17th Floor
        Columbia, South Carolina 29201
        Telephone: (803) 255-9655
        john.martin@nelsonmullins.com
        heyward.bonyata@nelsonmullins.com

        *Attorneys for Defendant Anthem, Inc.*

cc:     Assistant United States Attorney Rebecca Sol Tinio, Esq.

O'Melveny

Assistant United States Attorney Peter Max Aronoff, Esq.
Assistant United States Attorney Zachary Bannon, Esq.
Assistant United States Attorney Charles Salim Jacob, Esq.
Assistant United States Attorney Adam M. Gitlin, Esq.
Assistant United States Attorney Dana Walsh Kumar, Esq.
Assistant United States Attorney Rachael Daud, Esq.