```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

  UNITED STATES OF AMERICA,

                                Plaintiff,

            -against-

ANTHEM, INC.,

                                Defendant.

-----------------------------------------------------------------X

**20-CV-2593 (ALC) (KHP)**

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCES**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Case Management conference in this matter scheduled for **Wednesday, November 13, 2024 at 10:00 a.m.** is hereby adjourned sine die.  A series of Case Management conferences is scheduled for the following dates in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  **The parties shall file a joint status letter that includes agenda items one week in advance of each conference.  The letters shall be no more than three pages in length.**

      **Tuesday, February 4, 2025 at 10:00 a.m.**

      **Tuesday, March 4, 2025 at 10:00 a.m.**

      **Tuesday, April 8, 2025 at 10:00 a.m.**

      **Tuesday, May 6, 2025 at 10:00 a.m.**

      **Tuesday, June 17, 2025 at 10:00 a.m.**

      **Tuesday, July 8, 2025 at 10:00 a.m.**

      **Tuesday, August 5, 2025 at 10:00 a.m.**

      **Tuesday, September 9, 2025 at 10:00 a.m.**

            **SO ORDERED.**

DATED:      New York, New York
                October 29, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge