

O'Melveny & Myers LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071-2899

T: +1 213 430 6000
F: +1 213 430 6407
omm.com

January 8, 2025

**Jim Bowman**
D: + 1 213 430 6569
jbowman@omm.com

**VIA ELECTRONIC DELIVERY AND COURT FILING**

The Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

**Re:    _United States v. Anthem, Inc._, 1:20-cv-02593-ALC-KHP**

Dear Judge Parker:

Pursuant to the Court's December 9, 2024 Order (Dkt. 278), the parties jointly submit a proposed agenda for the case management conference scheduled for January 15, 2025.[1]

**Agenda for January 15, 2025 Conference**

I.    Discovery Update

a.    The parties are proceeding under the discovery schedule outlined in the Court's December 17, 2024 Order (Dkt. 280) and are continuing to meet and confer regarding outstanding disputes related to pending discovery requests.

b.    The parties would like to provide the Court with an update on their efforts to resolve the issue of large families of documents present in the _Poehling_ productions.

II.    Discovery Disputes

a.    Anthem's search in response to Request No. 2 of the Government's Fourth Set of Requests for Production.

b.    The scope of Anthem's response to Request Nos. 3 and 4 of the Government's Fourth Set of Requests for Production.

---

[1] K. Lee Blalack, lead counsel for Anthem, respectfully notifies the Court that he will be unable to attend the January 15, 2025 conference due to a recent court order scheduling a hearing in another matter in the Northern District of California in which he is serving as lead counsel. The court's order requires attendance by lead counsel. After consultations, Anthem is prepared to proceed with the January 15 case management conference through representation by its other counsel that have entered an appearance on its behalf in this matter.

O'Melveny

    c.  The Government's productions of documents responsive to Anthem's First Set of Requests for Production Nos. 15, 16, 27, 28, 29 and 30.

                  *                          *                          *

       The parties previously jointly requested that the Court reschedule the December case management conference and permit the parties to file position statements of no more than four pages addressing any discovery disputes in advance of the conference (Dkt. 273). The Court granted that letter motion by minute order, adjourning the December case management conference and directing the parties to file their position statements on any discovery disputes concurrently with the parties' joint agenda for the January case management conference (*see* Dkt. 274). Consistent with the Court's Order, the parties are filing letters outlaying their respective positions on the above disputes simultaneously with this proposed agenda.

**O'Melveny**

Dated: January 8, 2025

Respectfully submitted,

By: */s/ James A. Bowman*

JAMES A. BOWMAN, *Pro Hac Vice*
ADAM LEVINE, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
jbowman@omm.com
alevine@omm.com

K. LEE BLALACK, II, *Pro Hac Vice*
ANWAR GRAVES, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
lblalack@omm.com
agraves@omm.com

DAVID DEATON, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
ddeaton@omm.com

JOHN MARTIN, *Pro Hac Vice*
HEYWARD BONYATA, *Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1320 Main Street, 17th Floor
Columbia, South Carolina 29201
Telephone: (803) 255-9655
john.martin@nelsonmullins.com
heyward.bonyata@nelsonmullins.com

*Attorneys for Defendant Anthem, Inc.*

cc:     Assistant United States Attorney Rebecca Sol Tinio, Esq.

Assistant United States Attorney Peter M. Aronoff, Esq.
Assistant United States Attorney Zachary Bannon, Esq.
Assistant United States Attorney Charles S. Jacob, Esq.
Assistant United States Attorney Adam M. Gitlin, Esq.
Assistant United States Attorney Dana Walsh Kumar, Esq.
Assistant United States Attorney Rachael L. Doud, Esq.