```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  UNITED STATES OF AMERICA,

                               Plaintiff,                      20-CV-2593 (ALC) (KHP)

       -against-

                                                         **POST-CONFERENCE ORDER**

ANTHEM, INC.,

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 4, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference, the parties shall exchange high-level bulleted lists of the topics they plan to cover for each person they plan to depose and the estimated duration of the depositions before the next conference. In advance of the next conference, the parties shall also inform the Court whether the Court should set a briefing schedule for any anticipated motion for a protective order setting limits on the depositions.

      **SO ORDERED.**

DATED:       New York, New York
                March 5, 2025

                                                      */s/ Katharine H. Parker*
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge