

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 6, 2025

<u>Via ECF</u>
The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States of America v. Anthem, Inc.*, No. 20 Civ. 2593 (ALC) (KHP)

Dear Judge Parker:

    This Office represents the United States of America in the above-referenced case. As discussed at the conference earlier this week, we write, with Anthem's consent**,** to request a modification of certain discovery dates. The proposed revised schedule is below.

| Event | Current Deadline | Revised Proposed Deadline |
|---|---|---|
| Deadline for Government to provide "Defendant with a list of allegedly false diagnosis codes or other allegedly false claims for payment or overpayments." Dkt. No. 243 | March 31, 2025 | April 30, 2025 |
| Deadline for parties to meet and confer concerning discovery the parties anticipate seeking in connection with Government's disclosed list of allegedly false diagnosis codes or other allegedly false claims for payment or overpayments | April 30, 2025 | May 30, 2025 |
| Deadline for parties to substantially complete production of documents responsive to Government's Fourth and Fifth Sets of RFPs and Anthem's First Set of RFPs | April 30, 2025 | April 30, 2025 **(unchanged)** |
| Fact discovery deadline | August 29, 2025 | September 30, 2025 |
| Affirmative expert disclosures and reports | December 1, 2025 | January 9, 2026 |
| Rebuttal expert disclosures and reports | March 2, 2026 | April 9, 2026 |
| Deadline for all expert discovery | April 30, 2026 | June 9, 2026 |

We thank the Court for its attention to this request.

                                                        Respectfully submitted,

                                                        MATTHEW PODOLSKY
                                                        Acting United States Attorney

By:    */s/ Peter Aronoff*
        PETER ARONOFF
        ZACHARY BANNON
        RACHAEL DOUD
        ADAM GITLIN
        CHARLES S. JACOB
        DANA WALSH KUMAR
        REBECCA TINIO
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007

cc:    Anthem's Counsel (Via ECF)