USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2025

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 28, 2025

<u>Via ECF</u>
The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Plaintiff's Letter Motion is GRANTED. **The Clerk of Court is respectfully directed to keep the documents at ECF Nos. 318-19 under seal.**
>
> APPLICATION GRANTED
> /s/ Katharine H. Parker    4/7/2025
> Hon. Katharine H. Parker, U.S.M.J.

Re:   *United States of America v. Anthem, Inc.*, No. 20 Civ. 2593 (ALC) (KHP)

Dear Judge Parker:

    This Office represents the United States of America (the "Government") in the above-referenced lawsuit. We write respectfully to request that the Court temporarily seal, until April 28, 2025, the motion to compel Anthem to produce documents that it has withheld or redacted on the basis of privilege, which the Government filed today (the "Government's Motion"). The reason for this request is that the Government's Motion includes quotations from documents designated by Anthem as Confidential pursuant to the operative protective order, ECF No. 96. Further, in light of the Court's April 10, 2024, Order directing the parties to "make a specific showing that higher values justify" any redactions remaining under seal, we request that the redactions in the Government's Motion be subject to the same procedure set forth in the Court's Order, whereby a party may file a motion by April 28, 2025, requesting that the redacted information remain under seal after April 28, 2025. *See* ECF No. 199, at 4.

    Lastly, the Government also respectfully requests permission to file on the docket a version of the Government's Motion that redacts the information that Anthem had previously designated as Confidential, so that the Government's Motion remains appropriately on the public docket (except for the redactions to the information designated as Confidential) in the interim. Anthem consents to the Government's requests.

    We thank the Court for its consideration of these requests and attention to this matter.

                          Respectfully submitted,

                          MATTHEW PODOLSKY
                          Acting United States Attorney

By:    */s/ Adam Gitlin*
        PETER ARONOFF
        ZACHARY BANNON
        RACHAEL DOUD
        ADAM GITLIN
        CHARLES JACOB
        DANA WALSH KUMAR
        REBECCA TINIO
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007

cc:    Anthem's Counsel (Via ECF)