**O'Melveny**

O'Melveny & Myers LLP
400 South Hope Street
Suite 1900
Los Angeles, CA 90071-2811

T: +1 213 430 6000
F: +1 213 430 6407
omm.com

April 18, 2025

**Jim Bowman**
D: +1 213 430 6569
jbowman@omm.com

**By Email and ECF** (without enclosures on ECF)

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Parker_NYSDChambers@nysd.uscourts.gov

**Re:**   *United States v. Anthem, Inc.* **(Case No. 1:20-cv-02593-ALC-KHP)**

Your Honor:

I am a partner at O'Melveny & Myers LLP ("O'Melveny") and counsel for Defendant Anthem, Inc. in the above-captioned matter.  Pursuant to the Court's directives at the February 4, 2025 case management conference and in its February 4, 2025 and February 24, 2025 orders (Dkt. Nos. 295 and 303, respectively), Anthem respectfully submits materials for *in camera* review in connection with its Opposition ("Opposition") to Plaintiff's Motion to Compel production of documents that Anthem has redacted or withheld on the basis of privilege ("Motion") (Dkt. No. 318).  The materials have been prepared in accordance with the Court's instructions and are being submitted electronically to chambers, with accompanying redacted materials filed publicly on the docket where appropriate.

To facilitate the Court's review, all *in camera* materials have been compiled into a ZIP file and submitted electronically via O'Melveny's secure file-sharing platform to the email address Parker_NYSDChambers@nysd.uscourts.gov.  The Court should have received an email from "O'Melveny Share" with a link to access the files.  Because this is the Court's first time using the O'Melveny Share platform, the system will prompt you to create a password-protected account using your email address.  Once your account is created and verified, you will be able to log in and download the submission securely.  A brief guide for external recipients to access and utilize the platform is enclosed for your reference.

The ZIP file contains the following subfolders:

1. "Anthem's Opposition to Plaintiff's Motion to Compel"
2. "Documents Submitted *in Camera*"
3. "Privilege Log Index"
4. "Declarations and Exhibits in Support of Anthem's Opposition"
5. "Materials Related to Plaintiff's Motion to Compel"

## I.    Anthem's Opposition to Plaintiff's Motion to Compel

Subfolder No. 1 contains a copy of Anthem's Opposition to Plaintiff's Motion for which Anthem is filing publicly on the Court's docket.  We are including these materials in this ZIP file for the Court's convenience to ensure that the full record, including Anthem's public filing and the materials submitted *in camera*, is available in a single location.

## II.    Documents Submitted *in Camera*

This submission includes either unredacted versions or transparently redacted versions of the approximately 70 Anthem documents ("Challenged Documents") over which Plaintiff has challenged Anthem's assertions of attorney–client privilege or work product protection, as identified in Exhibit A to its Motion to Compel (Dkt. No. 319) ("Plaintiff's Exhibit A").  The transparently redacted versions are provided in a format that allows the Court to view both the underlying redacted content and the scope of the redactions applied for purposes of *in camera* review.[1]

The Court can review unredacted or transparently redacted PDF or native versions of each Challenged Document, which have been provided in Subfolder No. 2 titled "Documents Submitted *In Camera*."  Each Challenged Document is labeled by its corresponding "PRIV-ID" number, consistent with Anthem's privilege log and the accompanying "Privilege Log Index" described in the section below.  For ease of reference and to facilitate review, each PDF includes a cover sheet displaying the corresponding "PRIV-ID" number to confirm that it matches the entries in the Privilege Log Index and citations to Challenged Documents in Plaintiff's Motion, Anthem's Opposition, and Anthem's declarations supporting its Opposition.

Aside from the Challenged Documents, Plaintiff's Exhibit A identifies a large number of additional documents it characterizes as "duplicates and near duplicates" of those documents submitted for *in camera* review.  In accordance with the Court's directive at the February 4, 2025 case management conference (Feb. 4 Hr'g Tr. at 12), Anthem's submission excludes these documents to avoid creating a unmanageable review set.  Anthem understands that any ruling from the Court would apply to true duplicates.  Anthem notes, however, that not all documents labeled as duplicates by Plaintiff may, in fact, be identical.  Accordingly, Anthem requests that any order compelling production of a withheld document extend to such duplicate documents only where the Court confirms they are, in fact, identical or materially the same.

---

[1] The documents identified at PRIVID-00000045, PRIVID-00000802, PRIVID-00000832, PRIVID-00001029, and PRIVID-00001034 were produced to Plaintiff as native Excel files with "blackout" redactions.  For the Court's review, the cells which contain redactions are highlighted in red.  Within those cells, the text in white was redacted for privilege.  For partial-cell redactions, the unredacted text is in black.

O'Melveny

III.     **Privilege Log Index**

Pursuant to the Court's directive, Anthem has included an Excel-format privilege log in Subfolder No. 3, which identifies each Challenged Document by "PRIV-ID" number and provides several categories of additional information, including date, author(s), recipient(s), any attorneys or external parties, and the asserted bases for privilege. For each entry, Anthem has also included: (1) Plaintiff's stated "concerns" over Anthem's assertion of privilege, drawn directly from Plaintiff's Exhibit A, and (2) a concise, non-privileged description of the basis for Anthem's privilege assertion related to each document—largely summarizing information provided to Plaintiff during the meet-and-confer process and provided in Anthem's Opposition and supporting declarations. Each document in the Excel spreadsheet is hyperlinked to the corresponding document on the "O'Melveny Share" online platform so that the Court is able to easily reference a specific document when reviewing the information on the spreadsheet related to the dispute and Anthem's privilege assertions.[2]

A PDF version of the same log has been filed publicly on the docket, consistent with the Court's instruction that privilege logs should not themselves contain privileged information. The PDF version is also included in this subfolder for the Court's reference.

IV.     **Declarations in Support of Opposition**

Subfolder No. 4 contains declarations from relevant fact witnesses that Anthem submits in support of its Opposition and its privilege assertions. Each declaration addresses the factual basis for Anthem's privilege assertions over the Challenged Documents, which are identified by their corresponding "PRIV-ID" numbers as listed in Anthem's privilege log. In some instances, the declarations reference or attach related privileged materials that are not among the 70 Challenged Documents. These materials were relied upon by the declarants to provide necessary context and support for Anthem's privilege assertions over the Challenged Documents. Consistent with the Court's February 4, 2025 Order, such contextual evidence has been submitted to the Court for *in camera* review.

For each declaration, Anthem has included the following versions: (i) the redacted version filed on the public docket; (ii) a version with transparent redactions to indicate redactions, but which allows the Court to see the content of the redacted portions, and (iii) the fully unredacted version submitted for *in camera* review.

In all, Anthem has submitted the following declarations in support of its Opposition:

- Declaration of James A. Bowman
- Declaration of Daniele Ruskin
- Declaration of Amy Hafey
- Declaration of Matthew Steimel

---

[2] Accessing these hyperlinks will require authentication as described in the attached access guide.

O'Melveny

- Declaration of Danielle Horne
- Declaration of Jennifer Kowalski

## V.    Materials Related to Plaintiff's Motion to Compel

Anthem's *in camera* submission also includes a folder compiling all documents cited in Plaintiff's Motion for ease of reference, regardless of whether those materials are separately listed in Anthem's log.

We appreciate the Court's attention to these materials and are available to provide any further information the Court may require for its resolution of Plaintiff's Motion and Anthem's privilege assertions.

Sincerely,


/s/ *James A. Bowman*


*James A. Bowman*
of O'MELVENY & MYERS LLP
Counsel for Defendant Anthem, Inc.