**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

  UNITED STATES OF AMERICA,

                                        Plaintiff,

                   -against-

ANTHEM, INC.,

                                        Defendant.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2025
```

**20-CV-2593 (ALC) (KHP)**

**<u>POST-CONFERENCE ORDER</u>**

On June 17, 2025, the parties appeared before the undersigned judge for a case

management conference.  As discussed at the conference and set forth below:

**By July 1, 2025**, Anthem shall file a response to the Government's letter and related

materials concerning the Government's pending motion to compel.  (ECF Nos. 356-58)  The

response shall be no longer than 10 pages.

**By July 1, 2025**, Anthem shall file a letter updating the Court on relevant details

regarding its possession of medical records from chart reviews that relate to the Government's

list of allegedly false diagnosis codes.

**By July 8, 2025**, the Government shall produce to Anthem its updated list of allegedly

false diagnosis codes.

The parties shall be prepared to discuss medical records discovery at the next

conference.

**SO ORDERED.**

Dated:      June 17, 2025
              New York, New York

KATHARINE H. PARKER
United States Magistrate Judge