**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4061

T: +1 202 383 5300
F: +1 202 383 5414
omm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2025

June 25, 2025

> The case management conference scheduled for **July 8, 2025 is hereby rescheduled to July 24, 2025 at 10:00 a.m.** in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York 10007.
>
> SO ORDERED:
> *Katharine H. Parker*  6/26/2025
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE

**VIA ELECTRONIC DELIVERY AND COURT FILING**

The Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

Re:   *United States v. Anthem, Inc.*, **1:20-cv-02593-ALC-KHP**

Dear Judge Parker:

We represent Defendant Anthem, Inc., in the above-captioned action.  We write respectfully to request a one-week adjournment of the case management conference, currently scheduled for July 8, 2025, to July 15, 2025.  Plaintiff consents to this request.

The purpose of this brief adjournment is to accommodate the unavailability of several counsel of record for Anthem who have conflicts on July 8, 2025, including lead counsel for Anthem, K. Lee Blalack II, who is representing another client in a congressional hearing that cannot be moved.

The parties have yet to determine which disputes, if any, will be addressed at the next case management conference.  In its order of June 17, 2025 (Dkt. 360), the Court ordered Anthem to submit by July 1, 2025 a letter updating the Court on relevant details regarding Anthem's possession of medical records relating to the Government's list of allegedly false diagnosis codes, as well as a response to Plaintiff's June 16, 2025 filing regarding its Motion to Compel production of documents Anthem has redacted or withheld on the basis of privilege (Dkt. 357).  The Court also ordered Plaintiff to produce by July 8, 2025, the current date of case management conference, its narrowed and final list of allegedly false diagnosis codes.  The attorneys for Anthem who are most familiar with the issues recently discussed with the Court are unavailable on July 8, 2025, and Anthem believes that the parties' next case management conference will be most productive if the Court has the benefit of hearing from those attorneys on those topics.  Therefore, Anthem, with Plaintiff's consent, respectfully requests that the Court adjourn the July 8, 2025 case management conference to July 15, 2025.

Anthem thanks the Court for its consideration of this request.

Dated: June 25, 2025

Respectfully submitted,

By: /s/ Anwar Graves

K. LEE BLALACK, II, *Pro Hac Vice*
ANWAR GRAVES, *Pro Hac Vice*
WILLIAM BUFFALOE, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
lblalack@omm.com
agraves@omm.com
wbuffaloe@omm.com

JAMES A. BOWMAN, *Pro Hac Vice*
ADAM LEVINE, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
jbowman@omm.com
alevine@omm.com

DAVID DEATON, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
ddeaton@omm.com

CHRISTOPHER BURKE, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 728-5834
cburke@omm.com

JOHN MARTIN, *Pro Hac Vice*
HEYWARD BONYATA, *Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**

O'Melveny

                1320 Main Street, 17th Floor
                Columbia, South Carolina 29201
                Telephone: (803) 255-9655
                john.martin@nelsonmullins.com
                heyward.bonyata@nelsonmullins.com

*Attorneys for Defendant Anthem, Inc.*

cc:    Assistant United States Attorney Rebecca Sol Tinio, Esq.
        Assistant United States Attorney Peter Max Aronoff, Esq.
        Assistant United States Attorney Zachary Bannon, Esq.
        Assistant United States Attorney Charles Salim Jacob, Esq.
        Assistant United States Attorney Adam M. Gitlin, Esq.
        Assistant United States Attorney Dana Walsh Kumar, Esq.
        Assistant United States Attorney Rachael Doud, Esq.
        Assistant United States Attorney Pierre Armand, Esq.