```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
  UNITED STATES OF AMERICA,

                                  Plaintiff,

              -against-

ANTHEM, INC.,

                                Defendant.
-------------------------------------------------------------------X

20-CV-2593 (ALC) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 24, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

The deadline to complete fact depositions is extended to December 9, 2025.

Anthem shall pull and review a random sample of 25 medical records from the narrowed list of 250,000 records and produce them to the Government. The parties shall use this sample to evaluate the timeline for producing additional medical records, the steps and burden involved, and the scope of a potential sample that the Government believes is sufficient to be representative. The parties shall be prepared to discuss their findings with the Court at the September 9 conference. The parties should also meet and confer on a proposed extension of other discovery deadlines in the case in light of information gleaned through this review and be prepared to discuss same at the September 9 conference.

Anthem shall provide the Government with 25 of the redacted documents reproduced by the Government (from the *Poehling* litigation) so that the Government can evaluate whether the redactions were for a purpose other than deliberative process privilege by reference to the

unredacted version. The Government shall be prepared to discuss its findings at the September 9 conference.

A settlement conference will be held on October 23, 2025 at 10:00 a.m. Ex parte settlement submissions no longer than 5 pages (excluding attachments) shall be due a week prior. The conference will be held in Courtroom 17D. The Government shall make a formal settlement demand by September 5, 2025. Anthem shall provide a formal response by no later than one week before the settlement conference.

The case management conference scheduled for August 5, 2025 at 10:00 a.m. is hereby adjourned.

**SO ORDERED.**

Dated: July 25, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge