

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 12, 2025

Via ECF
The Honorable Katharine H. Parker
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    *United States of America v. Anthem, Inc.*, No. 20 Civ. 2593 (ALC) (KHP)

Dear Judge Parker:

      This Office represents the United States of America (the "Government") in the above-referenced lawsuit. The Government previously filed a motion to compel Anthem, Inc. ("Anthem") to produce documents that it withheld or redacted on the basis of privilege (the "Motion"). *See* ECF No. 318 (moving brief); ECF No. 347 (reply brief). Anthem opposed that motion. *See* ECF No. 339 (opposition). With Anthem's consent, we respectfully write to request leave for both parties to each file, by August 15, 2025, a four-page supplemental letter brief addressing information that the Government contends is relevant to the Motion. Specifically, the Government contends that testimony from the August 6, 2025, deposition of Anthem's former director of government relations, Leah Hirsch, is relevant to the parties' dispute over two documents that are subject to the Government's Motion. Anthem disagrees and maintains its position that both documents are privileged. Anthem nevertheless consents to the Government's request that the parties submit supplemental letter briefing in connection with this issue.

      We thank the Court for its consideration of this request and attention to this matter.

                              Respectfully submitted,

                              JAY CLAYTON
                              United States Attorney

            By:    */s/ Adam Gitlin*
                              PIERRE ARMAND
                              PETER ARONOFF
                              RACHAEL DOUD
                              ADAM GITLIN
                              CHARLES JACOB
                              DANA WALSH KUMAR
                              REBECCA TINIO
                              Assistant United States Attorneys

cc:    Anthem's Counsel (via ECF)