**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

   UNITED STATES OF AMERICA,

                                          Plaintiff,

               -against-

ANTHEM, INC.,

                                        Defendant.
-------------------------------------------------------------------X

**20-CV-2593 (ALC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In connection with the 25 redacted documents identified from the *Poehling* litigation and the three clawed-back documents that Anthem challenges based on privilege, the Court finds no conference is needed. The Government shall submit the documents, together with an index of same, to the Court for in camera review within 2 weeks of this order and provide the basis for its assertion of privilege in a letter of no more than 5 single spaced pages. To the extent the letter reveals privilege, those portions of the letter may be redacted and an unredacted version sent to the Court by email contemporaneously with the documents. Anthem has two weeks to respond to the letter.

       In connection with Anthem's proposed additional RFPs, within two weeks of this Order it shall submit the proposed RFPs to the Court together with an explanation in a letter of no more than 3 single spaced pages as to why the RFPs are relevant (i.e., how do they relate to the elements of the claims and/or defenses in this matter) and proportional to the needs of the case given discovery conducted thus far and why good cause exists to serve them now. The Government shall have two weeks to respond indicating that (1) it does not object or, alternatively, (2) it objects in whole or in part and the reasons therefor.

In connection with the 25 randomly selected medical records, Anthem shall produce 25 medical records randomly selected from the Government's narrowed list of codes within two week of this Order as previously ordered by the Court. The parties shall be prepared to discuss these records at the October conference.

The case management conference scheduled for September 9, 2025 is hereby **rescheduled to Tuesday, October 14, 2025 at 10:00 a.m.** in Courtroom 17A, United States Courthouse, 500 Pearl Street, New York, New York 10007. All references to the September 9 conference in the Court's July 25, 2025 Order shall be deemed to refer to the rescheduled conference.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 401 and 374.**

SO ORDERED.

Dated: September 3, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge