```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                 Plaintiff,

               -against-

ANTHEM, INC.,

                                Defendant.
-----------------------------------------------------------------X

20-CV-2593 (ALC) (KHP)

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference in this matter that is scheduled for Tuesday, October 14, 2025 at 10:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Wednesday, October 15, 2025 at 10:00 a.m.**

    SO ORDERED.

DATED:    New York, New York
                September 12, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge