USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                     Plaintiff,

    -against-

ANTHEM, INC.,

                     Defendant.
-----------------------------------------------------------------X

20-CV-2593 (ALC) (KHP)

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic conference in this matter is hereby scheduled for **Friday, October 3, 2025, at 11:30 a.m.** Counsel for the parties are directed to call Judge Parker's conference line at the scheduled time. **Please dial (646) 453-4442; access code 525 381 244#.**

SO ORDERED.

DATED:    New York, New York
             October 1, 2025

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge