UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                    Plaintiff,

                -against-

ANTHEM, INC.,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/2025

**POST-CONFERENCE ORDER**

**20-CV-2593 (ALC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the government shutdown and the stay of this case per Chief District Judge Laura Taylor Swain's District-Wide Order staying all civil cases in which the USAO, SDNY has appeared as counsel of record, all deadlines in this matter are stayed pending the reopening of government and the Case Management Conference scheduled for October 15, 2025, at 10:00 a.m. is adjourned sine die.  Depending on the length of the shutdown, other scheduled court dates may be adjourned; however, at this time only the October 15 conference is adjourned.

**SO ORDERED.**

Dated: October 3, 2025
       New York, New York

KATHARINE H. PARKER
United States Magistrate Judge