```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

  UNITED STATES OF AMERICA,

                           Plaintiff,

              -against-

ANTHEM, INC.,

                         Defendant.
-----------------------------------------------------------------X

**20-CV-2593 (ALC) (KHP)**

**ORDER SCHEDULING CASE**
**MANAGEMENT CONFERENCES**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A series of Case Management conferences in this matter are hereby scheduled for the following dates in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. **The parties shall file a joint status letter that includes agenda items one week in advance of each conference. The letters shall be no more than three pages in length.**

      **Thursday, January 22, 2026, at 10:00 a.m.**

      **Wednesday, February 18, 2026, at 10:00 a.m.**

      **Tuesday, March 17, 2026, at 10:00 a.m.**

      **Tuesday, April 21, 2026, at 10:00 a.m.**

      **Tuesday, May 19, 2026, at 10:00 a.m.**

      **Tuesday, June 23, 2026, at 10:00 a.m.**

      **Tuesday, July 21, 2026, at 10:00 a.m.**

            SO ORDERED.

DATED:     New York, New York
             November 14, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge