

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 13, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2025
```

Via ECF
The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States of America v. Anthem, Inc.*, No. 20 Civ. 2593 (ALC) (KHP)

Dear Judge Parker:

This Office represents the United States of America (the "Government") in the above-referenced lawsuit. **We write respectfully to request that the Court temporarily seal, until December 15, 2025, portions of a letter that the Government is filing today related to Anthem's request for additional discovery.** The reason for this request is that the redacted portion refers to a document designated by Anthem as Confidential pursuant to the protective order. Further, in light of the Court's April 10, 2024, Order directing the parties to "make a specific showing that higher values justify" any redactions remaining under seal, we request that the redacted portion be subject to the same procedure set forth in the Court's Order, whereby a party may file a motion by December 15, 2025, requesting that the redacted portion remain under seal after such date. *See* ECF No. 199, at 4. Anthem consents to this request.

We thank the Court for its consideration of this request and attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   /s/ Dana Walsh Kumar
PIERRE ARMAND
PETER ARONOFF
RACHAEL DOUD
ADAM GITLIN
CHARLES JACOB
DANA WALSH KUMAR
REBECCA TINIO
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007

APPLICATION GRANTED
*[signed]* Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.   11/17/2025

cc:   Anthem's Counsel (via ECF)