```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
  UNITED STATES OF AMERICA,

                               Plaintiff,                                **20-CV-2593 (ALC) (KHP)**

               -against-

ANTHEM, INC.,                                                      **SCHEDULING ORDER**

                               Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On December 21, 2025, the parties in the above-entitled action filed a joint letter proposing an amended case management plan in light of the prior stay of this case due to the lapse of appropriations to the Department of Justice and other federal agencies. The parties' proposed plan is ADOPTED as proposed.

The deadline for the Government to serve its narrowed list of allegedly false diagnosis codes or allegedly false claims for payment or overpayment was on **December 5, 2025**. The deadline for the Government to identify its sample of allegedly false diagnosis codes and serve a request for production seeking medical records associated with that sample is on **January 9, 2026**. The parties must complete all 30(b)(1) depositions by **April 30, 2026**. Interrogatories and requests for admission must be served by **May 1, 2026.** The parties must complete all 30(b)(6) depositions by **May 29, 2026**. Fact discovery will be due on **June 30, 2026**. Affirmative expert disclosures and reports will be due on **October 9, 2026**. Rebuttal disclosures and reports will be due on **January 8, 2027**. All expert discovery will be due by **March 8, 2027**.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 424.**

**SO ORDERED.**

DATED:    New York, New York
          December 22, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge