

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 15, 2026

Via ECF
The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States of America v. Anthem, Inc.*, No. 20 Civ. 2593 (ALC) (KHP)

Dear Judge Parker:

    This Office represents the United States of America in the above-referenced case. We write jointly with Defendant Anthem, Inc., pursuant to the Court's November 14, 2025, Scheduling Order (ECF No. 421), to respectfully suggest an agenda for the January 22, 2026, conference.

**Agenda for January 22 Conference**

I.    Discovery Updates

    a.  Since the parties resumed depositions following the federal government shutdown in the fall of 2025, the Government has taken four depositions and Anthem has taken one. The parties have currently scheduled or are in the process of scheduling an additional 19 depositions between January and April 2025, and we continue to confer regarding the scheduling of any remaining Rule 30(b)(1) depositions to be completed by April 30, 2026, in accordance with the Court's December 22, 2025, order (ECF No. 425).

II.    Update Regarding the Government's Request for Medical Records

III.    Dispute Over Briefing of Anthem's Anticipated Motion to Compel Compliance with its 30(b)(6) Deposition Notice and the Government's Corresponding Anticipated Motion for a Protective Order

    a.  On September 8, 2025, Anthem served the Government with a notice of deposition pursuant to Federal Rule of Civil Procedure 30(b)(6). The Government responded to the notice via letter on September 24, 2025, objecting to the notice in full. On January 12, 2026, the parties met and conferred regarding that notice. In advance of the February 18, 2026, case management conference, the Government intends to file a motion for a protective order concerning this 30(b)(6) notice, and Anthem intends to file a motion to compel the Government's compliance with its 30(b)(6) notice. The parties disagree about whether full briefing is necessary regarding this

dispute, or whether shorter position statements are sufficient to present the issues to the Court.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: */s/ Adam Gitlin*
PIERRE ARMAND
PETER ARONOFF
RACHAEL DOUD
HARRY FIDLER
ADAM GITLIN
CHARLES JACOB
DANA WALSH KUMAR
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007

cc:    Anthem's Counsel (Via ECF)