

O'Melveny & Myers LLP  
400 South Hope Street  
Suite 1900  
Los Angeles, CA 90071-2811

T: +1 213 430 6000  
F: +1 213 430 6407  
omm.com

File Number:

January 16, 2026

**Jim Bowman**
D: +1 213 430 6569
jbowman@omm.com

**VIA ELECTRONIC DELIVERY AND COURT FILING**

The Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

      Re:    *United States of America v. Anthem, Inc.*, **1:20-cv-02593-ALC-KHP**

Dear Judge Parker:

      In light of limited agenda items that the parties have proposed for the upcoming case management conference ("CMC"), which is scheduled for January 22, 2026 (Dkt. 427), defendant Anthem, Inc. respectfully requests that the upcoming conference be held telephonically. Anthem has discussed the format of the January CMC with Plaintiff, which consents to Anthem's request.

Austin • Century City • Dallas • Houston • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo

Dated: January 16, 2026　　　　Respectfully submitted,

By: /s/ James A. Bowman

JAMES A. BOWMAN, *Pro Hac Vice*
ADAM LEVINE, *Pro Hac Vice*
HANNAH E. DUNHAM, *Pro Hac Vice*
SHELBY A. CUMMINGS, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
jbowman@omm.com
alevine@omm.com
hdunham@omm.com

K. LEE BLALACK, II, *Pro Hac Vice*
ANWAR GRAVES, *Pro Hac Vice*
WILLIAM BUFFALOE, *Pro Hac Vice*
BRIAN D. BOYLE, *Pro Hac Vice*
BENJAMIN D. SINGER, *Pro Hac Vice*
RAHUL KOHLI, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
lblalack@omm.com
agraves@omm.com
wbuffaloe@omm.com
bboyle@omm.com

DAVID DEATON, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
ddeaton@omm.com

CHRISTOPHER P. BURKE, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000

O'Melveny

                    Facsimile: (212) 326-2061
                    cburke@omm.com

                    JOHN MARTIN, *Pro Hac Vice*
                    HEYWARD BONYATA, *Pro Hac Vice*
                    **NELSON MULLINS RILEY & SCARBOROUGH LLP**
                    1320 Main Street, 17th Floor
                    Columbia, South Carolina 29201
                    Telephone: (803) 255-9655
                    john.martin@nelsonmullins.com
                    heyward.bonyata@nelsonmullins.com

                    *Attorneys for Defendant Anthem, Inc.*

cc:  Assistant United States Attorney Rebecca Sol Tinio, Esq.
     Assistant United States Attorney Peter Max Aronoff, Esq.
     Assistant United States Attorney Charles Salim Jacob, Esq.
     Assistant United States Attorney Adam M. Gitlin, Esq.
     Assistant United States Attorney Dana Walsh Kumar, Esq.
     Assistant United States Attorney Rachael Doud, Esq.
     Assistant United States Attorney Pierre Armand, Esq.
     Assistant United States Attorney Harry Kinsler Fidler, Esq.
     Trial Attorney Martha Glover, Esq.