

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 21, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2026
```

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.   1/21/2026

BY ECF
Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Anthem, Inc.*, No. 20 Civ. 2593 (ALC) (KHP)

Dear Judge Parker:

    I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I **request the entry of an order terminating my appearance in this matter**. My colleagues, AUSAs Charles Jacob, Peter Aronoff, Adam Gitlin, Dana Walsh Kumar, Harry Fidler, Pierre Armand, and Rachael Doud, will continue to represent the interests of the Government in this case.

    I thank the Court for its consideration of this request.

    Respectfully,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    /s/ *Rebecca S. Tinio*
    REBECCA S. TINIO
    Assistant United States Attorney
    Telephone: (212) 637-2774
    Email: rebecca.tinio@usdoj.gov
    *Counsel for the United States*

> The Clerk of Court is respectfully directed to terminate A.U.S.A. Rebecca S. Tinio's appearance as counsel for Plaintiff on the docket