**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                   Plaintiff,

                -against-

ANTHEM, INC.,

                                 Defendant.

-----------------------------------------------------------------X

| USDC SDNY |
| :--- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:   1/22/2026 |

**20-CV-2593 (ALC) (KHP)**

<u>**POST-CONFERENCE ORDER**</u>

**KATHARINE H. PARKER, United States Magistrate Judge:**

On January 22, 2026, the parties in the above-entitled appeared before the undersigned for a telephonic Case Management Conference.  As discussed at the conference and set forth below:

The briefing schedule for the threshold issue concerning the Government's request for medical records is as follows: Anthem's objections to the production of medical records shall be filed by **January 30, 2026**.  The Government's opposition shall be filed by **February 6, 2026**. Each party is allotted four pages for briefing on this issue.  No reply.

       **SO ORDERED.**

DATED:      New York, New York
                January 22, 2026

                                          *Katharine H Parker*
                                       _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge