

O'Melveny & Myers LLP  T: +1 213 430 6000
400 South Hope Street  F: +1 213 430 6407
Suite 1900  omm.com
Los Angeles, CA 90071-2811

February 11, 2026

**Jim Bowman**
D: +1 213 430 6569
jbowman@omm.com

### VIA ELECTRONIC DELIVERY AND COURT FILING

The Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

Re:   *United States v. Anthem, Inc.*, **1:20-cv-02593-ALC-KHP**

Dear Judge Parker:

Pursuant to the Court's November 14, 2025 Scheduling Order (Dkt. 421), the parties write jointly to respectfully propose the following agenda for the February 18, 2026 case management conference ("CMC"):

I. The Parties' Pending Dispute Regarding the Government's Request for Medical Record Discovery

   a. Consistent with the Court's January 22, 2026 Order (Dkt. 434), the parties filed position statements regarding whether the Government should be permitted to seek medical record discovery from Anthem. As stated in its position statement, Anthem requests that the Court hear argument on this dispute at the CMC. The Government does not believe that argument is necessary, but will be prepared to present argument if the Court would find it helpful.

II. The Government's Sixth Set of Requests for Production

   a. On February 2, 2026, the parties had a call in which the Government explained the methodology that it would like Anthem to follow to gather and produce certain medical records in response to the Government's Sixth Set of Requests for Production ("RFPs"). Further, consistent with the Court's instruction at the January 22, 2026 CMC, the parties are scheduled to meet and confer regarding these RFPs on February 13, 2026. The parties can update the Court on their discussion at the CMC.

   b. If the Court concludes that the Government can seek medical record discovery, Anthem will serve its Responses and Objections to the RFPs on February 20, 2026 (which will be 30 days after service of those RFPs was completed).

III. The Parties' Rule 30(b)(1) Depositions

   a. Since the January 22, 2026 case management conference, the parties have each taken two fact witness depositions. The parties have currently scheduled or are in the process of scheduling an additional 15 depositions before the Court's April 30, 2026 deadline to complete all Rule 30(b)(1) depositions.

IV. The Parties' Rule 30(b)(6) Deposition Notices

   a. In accordance with the Court's direction at the January 22, 2026 CMC, Anthem is revising its Rule 30(b)(6) deposition notice, which was originally served on September 8, 2025.

   b. The Government served its Rule 30(b)(6) deposition notice on Anthem on January 21, 2026. Anthem is evaluating the notice and intends to serve Responses and Objections.

Dated: February 11, 2026	Respectfully submitted,

By: */s/ James Bowman*

JAMES A. BOWMAN, *Pro Hac Vice*
ADAM LEVINE, *Pro Hac Vice*
HANNAH E. DUNHAM, *Pro Hac Vice*
SHELBY A. CUMMINGS, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
jbowman@omm.com
alevine@omm.com
hdunham@omm.com
scummings@omm.com

K. LEE BLALACK, II, *Pro Hac Vice*
ANWAR GRAVES, *Pro Hac Vice*
WILLIAM BUFFALOE, *Pro Hac Vice*
BRIAN D. BOYLE
BENJAMIN D. SINGER
RAHUL KOHLI *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
lblalack@omm.com
agraves@omm.com
wbuffaloe@omm.com
bboyle@omm.com
bsinger@omm.com
rkohli@omm.com

DAVID DEATON, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
ddeaton@omm.com

CHRISTOPHER P. BURKE, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**

O'Melveny

        1301 Avenue of the Americas, Suite 1700
        New York, New York 10019
        Telephone: (212) 326-2000
        Facsimile: (212) 326-2061
        cburke@omm.com

        JOHN MARTIN, *Pro Hac Vice*
        HEYWARD BONYATA, *Pro Hac Vice*
        **NELSON MULLINS RILEY & SCARBOROUGH LLP**
        1320 Main Street, 17th Floor
        Columbia, South Carolina 29201
        Telephone: (803) 255-9655
        john.martin@nelsonmullins.com
        heyward.bonyata@nelsonmullins.com

        *Attorneys for Defendant Anthem, Inc.*

cc: Assistant United States Attorney Peter Max Aronoff, Esq.
    Assistant United States Attorney Charles Salim Jacob, Esq.
    Assistant United States Attorney Adam M. Gitlin, Esq.
    Assistant United States Attorney Dana Walsh Kumar, Esq.
    Assistant United States Attorney Rachael Doud, Esq.
    Assistant United States Attorney Pierre Armand, Esq.
    Assistant United States Attorney Harry Fidler, Esq.
    Trial Attorney Martha Glover, Esq.