**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

  UNITED STATES OF AMERICA,

                             Plaintiff,

            -against-
ANTHEM, INC.,

                            Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY  FILED**
DOC #:_____
DATE FILED:___3/18/2026___

**20-CV-2593 (ALC) (KHP)**

<u>**POST-CONFERENCE ORDER**</u>

On March 17, 2026, the parties appeared before the undersigned for a Case Management Conference.  As set forth on the record, Anthem shall file, by **March 31, 2026**, a letter not exceeding five pages addressing the discrete privilege issue it seeks to invoke. To the extent that Anthem seeks to make an in-camera submission, it shall file a redacted version of the letter on the public docket and may submit an unredacted version to Chambers via email. Anthem may also submit a separate declaration from the third party with whom it claims to share a common legal interest.  The Government's response, not to exceed five pages, shall be filed by **April 7, 2026**.

      **SO ORDERED.**

DATED:      New York, New York
             March 18, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge