

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4061

T: +1 202 383 5300
F: +1 202 383 5414
omm.com

April 3, 2026

**Anwar Graves**
D: +1 202 383 5191
agraves@omm.com

**VIA ELECTRONIC DELIVERY AND COURT FILING**

The Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

Re:     *United States v. Anthem, Inc.*, **1:20-cv-02593-ALC-KHP**

Dear Judge Parker:

We represent Defendant Anthem, Inc. ("Anthem") in the above-referenced action. We write concerning a discovery dispute between the parties that Anthem asks the Court to address at the case management conference scheduled for April 21, 2026. Specifically, Anthem requests that the Court authorize the parties to submit brief position statements regarding whether Anthem is entitled to seek discovery concerning medical records that were audited by either the Centers for Medicare and Medicaid Services ("CMS") or the Office of Inspector General for the U.S. Department of Health and Human Services ("HHS-OIG") as part of their respective Medicare Advantage compliance process and also reviewed by Anthem's vendor as part of Anthem's corporate retrospective chart review program.

As Anthem previewed for the Court at the March 17, 2026 case management conference, in response to the Court's order granting Plaintiff's request for medical record discovery, Anthem drafted a set of discovery requests concerning the manner in which CMS and HHS-OIG actually applied diagnosis coding and documentation standards to the medical records that Plaintiff has now made the focus of its proof. On March 20, 2026, Anthem provided to Plaintiff four draft interrogatories and a single draft request for production ("RFP") detailing the specific discovery that Anthem seeks related to separate Risk Adjustment Data Validation ("RADV") and compliance audits conducted by CMS and HHS-OIG, respectively, of diagnoses codes submitted by Anthem during the period at issue in this case. On March 25, 2026 and April 1, 2026, the parties met and conferred regarding this proposed discovery. While the parties have engaged in productive discussions regarding these requests, Plaintiff informed Anthem on April 1, 2026 that it would not presently agree to provide any information at all in response to these interrogatories and would not agree to produce any documents responsive to the single RFP, even if Anthem limited their scope during further meet and confer discussions. Anthem will formally serve these interrogatories on Plaintiff in advance of the April 21, 2026 case management conference.

At the conference, Anthem intends to ask the Court to (i) authorize Anthem to serve a single corresponding RFP in connection with those four interrogatories; and also (ii) rule that Anthem is entitled to some degree of discovery on these RADV and compliance audit topics. At this time, Anthem does not ask the Court to rule on the scope of Anthem's specific discovery

O'Melveny

requests, and respectfully requests that the Court reserve ruling on that issue until after Plaintiff has had an opportunity to serve responses and objections to those requests and the parties have had an opportunity to meet and confer regarding those responses. Given Plaintiff's present refusal to agree to provide any responsive discovery at all and the rapidly approaching close of fact discovery, however, Anthem submits that addressing this threshold dispute now is the most efficient way to resolve the parties' dispute in a timely manner.

Consistent with Rule II(c) of the Court's Individual Practices and Procedures, Anthem respectfully requests that the parties be authorized to file position statements of no more than three pages addressing these threshold issues on or before Tuesday, April 14, 2026. Anthem submits that position statements would be helpful to the Court by allowing the parties to explain the relevant background regarding the proposed discovery requests, the subject matter at issue, and the relationship between the subject of the requests and Plaintiff's medical record discovery.

Anthem notified the Government of its intent to seek the Court's permission to file position statements on this threshold issue, and the Government does not object to Anthem's request for a position statement, and respectfully requests that the Court permit the Government to submit a position statement no longer than three pages responding to Anthem's arguments on or before April 17, 2026. The Government disagrees with various characterizations by Anthem in this letter, including the characterizations of the discovery sought, but will address these issues in its forthcoming position statement.

Anthem thanks the Court for its consideration of this request.

O'Melveny

Dated:  April 3, 2026

Respectfully submitted,

By:  /s/ Anwar Graves

ANWAR GRAVES, *Pro Hac Vice*
K. LEE BLALACK, II, *Pro Hac Vice*
WILLIAM BUFFALOE, *Pro Hac Vice*
BRIAN DAVID BOYLE
BENJAMIN D. SINGER
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
lblalack@omm.com
agraves@omm.com
wbuffaloe@omm.com
bboyle@omm.com
bsinger@omm.com

JAMES A. BOWMAN, *Pro Hac Vice*
ADAM LEVINE, *Pro Hac Vice*
HANNAH E. DUNHAM, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
jbowman@omm.com
alevine@omm.com
hdunham@omm.com

DAVID DEATON, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
ddeaton@omm.com

CHRISTOPHER P. BURKE, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000

O'Melveny

Facsimile: (212) 326-2061
cburke@omm.com

JOHN MARTIN, *Pro Hac Vice*
HEYWARD BONYATA, *Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1320 Main Street, 17th Floor
Columbia, South Carolina 29201
Telephone: (803) 255-9655
john.martin@nelsonmullins.com
heyward.bonyata@nelsonmullins.com

*Attorneys for Defendant Anthem, Inc.*


cc:    Assistant United States Attorney Peter M. Aronoff, Esq.
       Assistant United States Attorney Charles S. Jacob, Esq.
       Assistant United States Attorney Adam M. Gitlin, Esq.
       Assistant United States Attorney Dana Walsh Kumar, Esq.
       Assistant United States Attorney Rachael L. Doud, Esq.
       Assistant United States Attorney Pierre Armand, Esq.
       Assistant United States Attorney Harry Fidler, Esq.
       Trial Attorney Martha Glover, Esq.