**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

-against-

ANTHEM, INC.,

Defendant.

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/6/2026
```

**20-CV-2593 (ALC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 3, 2026, Anthem filed a letter requesting leave to file a position statement concerning whether Anthem has the right to pursue discovery of medical records that were previously audited by the Centers for Medicare and Medicaid Services ("CMS") or the U.S. Department of Health and Human Services Office of Inspector General ("HHS-OIG") as part of their respective Medicare Advantage compliance processes, and that were also examined by Anthem's vendor in connection with Anthem's corporate retrospective chart review program. The Government does not object to the request and seeks its own leave to file a position statement. The request is GRANTED. Anthem's position statement of no longer than 3 pages in length will be due **April 14, 2026**.  The Government's position statement, also limited to 3 pages, will be due by **April 17, 2026**.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 458.**

SO ORDERED.

DATED:       New York, New York
             April 6, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge