**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,

            -against-

ANTHEM, INC.,

                        Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2026
```

**20-CV-2593 (ALC) (KHP)**

**ORDER**

On March 31, 2026, Anthem filed a position statement along with supporting documents in connection with its invocation of the common interest privilege in this matter. Additionally, it filed a letter motion to provisionally seal the documents and allow the parties 30 days to either: (1) file a motion to seal that sets forth the grounds and legal basis for sealing the material, or (2) inform the Court they do not intend to file such a motion. Specifically, Anthem seeks to file the Position Statement and the Declaration of Michael P. Matthews ("Matthews Declaration") in redacted form, and asks that Exhibit 1 to the Matthews Declaration be filed under seal, because per Anthem's representations, these materials contain information that has been provisionally designated "Attorneys' Eyes Only" pursuant to the Protective Order at ECF No. 371. The Government has not opposed this motion.

The Court approves the limited provisional redactions in the Position Statement and the Matthews Declaration and the complete provisional sealing of Exhibit 1 to the Matthews Declaration. The Court finds that the privacy interests outweigh the presumption of public access to the information contained in the limited redactions and the sealed exhibit. The Court has previously granted a request to provisionally seal other documents that fell under the scope of the Protective Order under the same justification. (ECF Nos. 202, 245, 422)

2

The parties are directed to file a letter by May 1, 2026 either formally moving to seal these documents or informing the Court that they do not intend to file such a motion.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 452.**

**SO ORDERED.**

DATED:        New York, New York
                      April 6, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge