**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

  UNITED STATES OF AMERICA,

                                        Plaintiff,

                    -against-

ANTHEM, INC.,

                                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/8/2026__
```

**20-CV-2593 (ALC) (KHP)**

**ORDER**

On April 7, 2026, the Government filed a position statement in connection with Anthem's invocation of the common interest privilege in this matter.  Additionally, it filed a letter motion, with Anthem's consent, to provisionally seal the position statement until May 7, 2026, at which time the parties will move to formally seal the document or indicate to the Court that they do not intend to file such a motion.  The Court recently granted a parallel request as to Anthem's position statement.  For the same reasons noted in the Order at ECF No. 460, the Court GRANTS the Government's request.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 461.**

   **SO ORDERED.**

DATED:        New York, New York
              April 8, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge