**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

  UNITED STATES OF AMERICA,

                       Plaintiff,

          -against-

ANTHEM, INC.,

                    Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2026
```

**20-CV-2593 (ALC) (KHP)**

**ORDER**

On April 13, 2026, the parties in the above-entitled action filed a joint letter requesting leave to file short position statements ahead of the Case Management Conference on April 21, 2026 regarding an ongoing discovery dispute.  (ECF No. 468)  The parties represent that the Government noticed a deposition for an Anthem executive pursuant to Federal Rule of Civil Procedure 30(b)(1), however, Anthem opposes the deposition under the apex witness doctrine and avers that the would-be deponent lacks personal knowledge of the business practices at issue.  In light of the representations made by the parties, the Court finds that written position statement would aid in resolving of this dispute.  Accordingly, the request is GRANTED. The parties are to submit position statements, no longer than three pages by **Friday April 17, 2026** and should be prepared to discuss the dispute during the April 21, 2026 conference

    **The Clerk of Court is respectfully directed to terminate the motion at ECF No. 468.**

    SO ORDERED.

DATED:    New York, New York
           April 14, 2026

                           _____
                           KATHARINE H. PARKER
                           United States Magistrate Judge