

O'Melveny & Myers LLP
400 South Hope Street
Suite 1900
Los Angeles, CA 90071-2811

T: +1 213 430 6000
F: +1 213 430 6407
omm.com

April 14, 2026

**Jim Bowman**
D: +1 213 430 6569
jbowman@omm.com

## VIA ELECTRONIC DELIVERY AND COURT FILING

The Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

**Re:**     *United States v. Anthem, Inc.*, **1:20-cv-02593-ALC-KHP**

Dear Judge Parker:

Pursuant to the Court's November 14, 2025 Scheduling Order (Dkt. 421), the parties write jointly to respectfully propose the following agenda for the April 21, 2026 case management conference ("Conference"):

## I.     Discovery Updates

a.   Anthem expects to begin producing medical records in response to the Government's Sixth Set of Requests for Production, which seek medical records for a sample of Anthem beneficiaries, in advance of the Conference.

b.   The parties are meeting and conferring regarding the Government's Seventh Set of Requests for Production to which Anthem served its responses and objections on March 23, 2026.

c.   On March 25, 2026, the Government served a new, Eighth Set of Requests for Production on Anthem, which seek documents following up on the deposition testimony of Anthem's former Director of Senior Risk & Recovery, Kim Bresnan. Anthem's responses and objections are due on April 24, 2026.

d.   On April 3, 2026, Anthem served its First Set of Interrogatories which seek discovery related to (1) the recent "Notice of Imposition of Intermediate Sanctions" that the Centers for Medicare and Medicaid Services issued to Anthem on February 27, 2026, and (2) medical record audits that the Government conducted of diagnosis codes that Anthem submitted to the Medicare Advantage program during the period at issue.   Anthem also served its corresponding Second Set of Requests for Documents, which seek discovery related to the "Notice of Imposition of Intermediate Sanctions."   The Government's responses and objections are due on May 4, 2026.

O'Melveny

e.  The parties have also agreed that depositions taken in *United States ex rel. Poehling v. UnitedHealth Group, Inc., et al.*, Case No. 2:16-cv-08697-FMO-PVC (C.D. Cal.) and *United States ex rel. Osinek v. Kaiser Permanente et al.*, N. D. Cal., Case No. 3:13-cv-03891 (EMC) (N. D. Cal.), as well as examinations that the Government took in response to Civil Investigative Demands before the complaint in this case was filed, will be useable in this case under Federal Rule of Civil Procedure 32(a). The parties are negotiating a stipulation that memorializes this agreement.

f.  Since the last case management conference, the parties have conducted two additional fact depositions.  The parties have scheduled an additional four depositions in advance of the Court's April 30, 2026 deadline to complete depositions noticed pursuant to Federal Rule of Civil Procedure 30(b)(1).

g.  The parties will serve before the Conference their responses and objections to their respective notices of deposition pursuant to Federal Rule of Civil Procedure 30(b)(6).

## II.   Discovery Disputes

a.  In accordance with the Court's March 18, 2026 Order (Dkt. 448), the parties filed position statements regarding the assertion of privilege by Anthem and Verscend, Inc. over communications with Verscend's former Senior Vice President for Coding, Deborah Bradley, and the Government's request that the Court direct Ms. Bradley to provide further deposition testimony related to her meeting with Anthem's counsel and her own counsel in preparation for her deposition.

b.  In accordance with the Court's April 6, 2026 Order (Dkt. 459), Anthem will file today its position statement requesting discovery regarding the Government audits of medical records that were also reviewed as part of Anthem's corporate retrospective chart review program.  The Government will file its position statement opposing Anthem's request on April 17, 2026.

c.  In accordance with the Court's April 14, 2026 Order (Dkt. 469), by April 17, 2026, the parties will submit position statements regarding the Government's request that the Court direct Anthem Executive Vice President Peter Haytaian to testify in this matter.

Dated:  April 14, 2026

Respectfully submitted,

By: */s/ James A. Bowman*

JAMES A. BOWMAN, *Pro Hac Vice*
ADAM LEVINE, *Pro Hac Vice*
HANNAH E. DUNHAM, *Pro Hac Vice*
SHELBY A. CUMMINGS, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
jbowman@omm.com
alevine@omm.com
hdunham@omm.com
scummings@omm.com

K. LEE BLALACK, II, *Pro Hac Vice*
ANWAR GRAVES, *Pro Hac Vice*
WILLIAM BUFFALOE, *Pro Hac Vice*
BRIAN D. BOYLE
BENJAMIN D. SINGER
RAHUL KOHLI, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
lblalack@omm.com
agraves@omm.com
wbuffaloe@omm.com
bboyle@omm.com
bsinger@omm.com
rkohli@omm.com

DAVID DEATON, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
ddeaton@omm.com

CHRISTOPHER P. BURKE, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
cburke@omm.com

JOHN MARTIN, *Pro Hac Vice*
HEYWARD BONYATA, *Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1320 Main Street, 17th Floor
Columbia, South Carolina 29201
Telephone: (803) 255-9655
john.martin@nelsonmullins.com
heyward.bonyata@nelsonmullins.com

*Attorneys for Defendant Anthem, Inc.*

cc: Assistant United States Attorney Peter Max Aronoff, Esq.
   Assistant United States Attorney Charles Salim Jacob, Esq.
   Assistant United States Attorney Adam M. Gitlin, Esq.
   Assistant United States Attorney Dana Walsh Kumar, Esq.
   Assistant United States Attorney Rachael Doud, Esq.
   Assistant United States Attorney Pierre Armand, Esq.
   Assistant United States Attorney Harry Fidler, Esq.
   Trial Attorney Martha Glover, Esq.