

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4061

T: +1 202 383 5300
F: +1 202 383 5414
omm.com

**K. Lee Blalack II**
D: +1 202 383 5374
lblalack@omm.com

April 15, 2026

**VIA ELECTRONIC DELIVERY AND COURT FILING**

The Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

**Re:**    _**United States v. Anthem, Inc.**_**, 1:20-cv-02593-ALC-KHP**

Dear Judge Parker:

We represent Defendant Anthem, Inc. ("Anthem") in the above-referenced action. We write jointly with the Government to respectfully request that the Court enter the enclosed Stipulation and Proposed Order based on the facts stated herein:

On March 16, 2026, following the Court's February 18, 2026 order granting the Government medical records discovery (Dkt. 441), Anthem identified numerous current and former Government personnel or vendors from whom it claimed to require deposition testimony relating to the Government's interpretation and application of the diagnosis coding and medical record documentation standards used in the Medicare Advantage program. The Government objected to this request for additional discovery as untimely, irrelevant, and not proportional to the needs of the case. At the March 17, 2026 case management conference, the Court directed the parties to meet and confer on this proposed discovery. (_See_ 3/17/2026 Tr. at 35:3-5.)

Consistent with the Court's instruction that the parties employ creative approaches to maximize efficiency, and in an effort to avoid the delays that traditional written discovery and depositions would impose on the fact discovery schedule, the parties agreed to leverage discovery already obtained in _United States ex rel. Poehling v. UnitedHealth Group, Inc., et al._, Case No. 2:16-cv-08697-FMO-PVC (C.D. Cal.), _United States ex rel. Osinek v. Kaiser Permanente et al._, Case No. 3:13-cv-03891 (EMC) (N.D. Cal.), and certain examinations that the Government conducted of Anthem personnel in response to Civil Investigative Demands prior to the filing of the complaint in this action. (_See_ 3/17/2026 Tr. at 35:1-6.) The parties therefore agreed to stipulate that those prior depositions and examinations would be treated as depositions taken in this litigation under Federal Rule of Civil Procedure 32(a). This approach has direct precedent: the Government entered into a substantially similar stipulation with Kaiser Permanente in the _Osinek_ litigation, which the court in that case adopted as an order. (_Osinek,_ ECF No. 401). If the Stipulation and Proposed Order is entered as an Order of this Court, Anthem has agreed to withdraw its request for new deposition testimony from the identified deponents relating to the Government's interpretation and application of the diagnosis coding and medical record documentation standards used in the Medicare Advantage program.

Austin • Century City • Dallas • Houston • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo

O'Melveny

For the foregoing reasons, the parties respectfully request that the Court enter the Stipulation and Proposed Order.  The parties believe the Stipulation and Proposed Order will promote the efficient resolution of the discovery dispute, avoid unnecessary burden on witnesses and the parties, and conserve judicial resources.



Dated:  April 15, 2026

Respectfully submitted,

By:  */s/ K. Lee Blalack, II*

K. LEE BLALACK, II, *Pro Hac Vice*
ANWAR GRAVES, *Pro Hac Vice*
WILLIAM BUFFALOE, *Pro Hac Vice*
BRIAN DAVID BOYLE
BENJAMIN D. SINGER
RAHUL KOHLI, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
lblalack@omm.com
agraves@omm.com
wbuffaloe@omm.com
bboyle@omm.com
bsinger@omm.com
rkohli@omm.com


JAMES A. BOWMAN, *Pro Hac Vice*
ADAM LEVINE, *Pro Hac Vice*
HANNAH E. DUNHAM, *Pro Hac Vice*
SHELBY A. CUMMINGS, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
jbowman@omm.com
alevine@omm.com
hdunham@omm.com
scummings@omm.com

DAVID DEATON, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
ddeaton@omm.com

CHRISTOPHER P. BURKE, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
cburke@omm.com

JOHN MARTIN, *Pro Hac Vice*
HEYWARD BONYATA, *Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1320 Main Street, 17th Floor
Columbia, South Carolina 29201
Telephone: (803) 255-9655
john.martin@nelsonmullins.com
heyward.bonyata@nelsonmullins.com

*Attorneys for Defendant Anthem, Inc.*

cc:     Assistant United States Attorney Rebecca Sol Tinio, Esq.
        Assistant United States Attorney Peter M. Aronoff, Esq.
        Assistant United States Attorney Charles S. Jacob, Esq.
        Assistant United States Attorney Adam M. Gitlin, Esq.
        Assistant United States Attorney Dana Walsh Kumar, Esq.
        Assistant United States Attorney Rachael L. Doud, Esq.
        Assistant United States Attorney Pierre Armand, Esq.
        Trial Attorney Martha Glover, Esq.