**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20 Civ. 2593 (ALC) (KHP) |
| Plaintiff, | |
| v. | |
| ANTHEM, INC., | |
| Defendant. | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2026
```

## STIPULATION AND ORDER

Anthem, Inc. ("Anthem") and the United States of America (the "United States") (collectively, "the Parties") hereby recite and stipulate as follows:

WHEREAS, Plaintiff the United States has brought this civil fraud action against Defendant Anthem, pursuant to the False Claims Act, 31 U.S.C. § 3729 *et seq.*;

WHEREAS, this case is presently in discovery;

WHEREAS, witnesses with knowledge of information potentially relevant to the above-captioned action have testified under oath in other proceedings and/or pursuant to Civil Investigative Demand(s) ("CID");

WHEREAS, the United States conducted sworn examinations of witnesses with knowledge of information potentially relevant to the above-captioned action pursuant to CIDs during its investigation which preceded, and is related to, the above-captioned action; a list of such examinations is included in Exhibit A to this stipulation;

WHEREAS, the United States has produced to Anthem the transcripts and accompanying exhibits of depositions of witnesses who provided sworn testimony in the matter *United States ex rel. Poehling v. UnitedHealth Group, Inc., et al.*, C.D. Cal., Case No. 16 Civ. 8697 (FMO) (PVC), which include but are not limited to the depositions referenced in Exhibit B to this stipulation;

1

WHEREAS, Anthem's counsel, O'Melveny & Myers LLP, retains custody of the transcripts and accompanying exhibits of depositions of witnesses who provided sworn testimony in the matter *United States ex rel. Osinek v. Kaiser Permanente et al.*, N. D. Cal., Case No. 13 Civ. 3891 (EMC), which include but are not limited to the depositions referenced in Exhibit C to this stipulation;

WHEREAS, the United States and Anthem seek to avoid burdening the Parties and witnesses further than necessary and to avoid litigation regarding the admissibility of witness testimony.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Anthem and the United States, as follows:

1.      The depositions identified in Exhibits A, B, and C to this stipulation shall be treated as though taken as depositions in this litigation pursuant to Federal Rule of Civil Procedure Rule 32(a).  Such examinations and depositions shall be admissible in the above-captioned litigation to the extent they would otherwise be admissible under the Federal Rules of Civil Procedure and Federal Rules of Evidence as depositions taken in the normal course of the above-captioned litigation, with the exception that, to be admissible, such examinations and depositions do not need to satisfy the conditions set forth in Rule 32(a)(1)(A) of the Federal Rules of Civil Procedure or Rule 804(b)(1)(B) of the Federal Rules of Evidence; and

2.      All objections to questions asked during the examinations and depositions identified or referenced herein are preserved, as are all other objections to the admissibility of the testimony in such examinations and depositions that exist under the Federal Rules of Civil Procedure and Federal Rules of Evidence for depositions taken in the normal course of the above-captioned litigation.

SO ORDERED.

Dated: New York, New York
       April  16, 2026

                                                     HON. KATHARINE H. PARKER
                                                     United States Magistrate Judge

Dated:  April 15, 2026

Respectfully submitted,

By:  */s/ K. Lee Blalack, II*

K. LEE BLALACK, II, *Pro Hac Vice*
ANWAR GRAVES, *Pro Hac Vice*
WILLIAM BUFFALOE, *Pro Hac Vice*
BRIAN D. BOYLE, *Pro Hac Vice*
BENJAMIN D. SINGER
RAHUL KOHLI *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
lblalack@omm.com
agraves@omm.com
wbuffaloe@omm.com
bboyle@omm.com
bsinger@omm.com
rkohli@omm.com

JAMES A. BOWMAN, *Pro Hac Vice*
ADAM LEVINE, *Pro Hac Vice*
HANNAH E. DUNHAM, *Pro Hac Vice*
SHELBY A. CUMMINGS, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
jbowman@omm.com
alevine@omm.com
hdunham@omm.com
scummings@omm.com

DAVID DEATON, Pro Hac Vice
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
ddeaton@omm.com

CHRISTOPHER P. BURKE, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**

4

1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
cburke@omm.com

JOHN MARTIN, *Pro Hac Vice*
HEYWARD BONYATA, *Pro Hac Vice*
**NELSON MULLINS RILEY &
SCARBOROUGH LLP**
1320 Main Street, 17th Floor
Columbia, South Carolina 29201
Telephone: (803) 255-9655
john.martin@nelsonmullins.com
heyward.bonyata@nelsonmullins.com

*Attorneys for Defendant Anthem, Inc*.

JAY CLAYTON
United States Attorney

By:    /s/ Pierre Armand

PIERRE ARMAND
PETER ARONOFF
RACHAEL DOUD
HARRY FIDLER
ADAM GITLIN
CHARLES JACOB
DANA WALSH KUMAR
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2734

*Attorneys for the United States of America*

# Exhibit A

**Exhibit A**

| Deponent Name | Civil Investigative Demand Deposition Date |
|---|---|
| Cournoyer, Kristin | 03/13/2019 |
| DeShay, Jeff | 07/25/2019 |
| Dlugosz, Phillip | 04/25/2018 |
| Etterling, Paul | 05/31/2019 |
| Hetu, Evan | 05/10/2019 |
| Keim, Joell | 08/09/2019 |
| Lorance, Sarah | 08/28/2019 |
| Ndiba-Markey, Colette | 03/30/2019 |
| Reynolds, Jeffrey | 06/16/2019 |
| Russo, Marc | 09/20/2019 |
| Williams, Robert | 06/06/2018 |

# Exhibit B

**Exhibit B**

| Bates | Deponent Name | Deposition Date |
|---|---|---|
| US_000713278 | Blum, Jonathan | 03/04/2022 |
| US_000715705 | Bonfante, Maricruz | 03/21/2022 |
| US_000715647 | Bonfante, Maricruz | 03/21/2022 |
| US_000713388 | Bonner, Mary | 05/13/2022 |
| US_000716796 | Boward, Mark | 09/20/2022 |
| US_000717100 | Bresette, Christopher | 05/31/2023 |
| US_000717313 | Bresette, Christopher | 08/09/2023 |
| US_000716857 | Brown, Rodney | 11/03/2022 |
| US_000713446 | Cavanaugh, Sean | 02/17/2022 |
| US_000713556 | Chaudhuri, Ilina | 08/10/2022 |
| US_000717711 | Creighton, Sean | 03/23/2022 |
| US_000717775 | Creighton, Sean | 10/04/2022 |
| US_000713648 | Davis, Joanne | 09/08/2022 |
| US_000713702 | Dutt, Hans | 09/28/2022 |
| US_000715369 | Eisenberg, Christopher | 02/16/2022 |
| US_000715308 | Eisenberg, Christopher | 02/16/2022 |
| US_000713838 | Farmer, Daniel | 03/18/2022 |
| US_000713906 | Foster, Richard | 03/31/2022 |
| US_000714980 | Franzel, Ashley | 11/02/2022 |
| US_000729216 | Franzel, Ashley | 11/02/2022 |
| US_000039420 | Fry, Janet | 06/02/2022 |
| US_000715170 | Grant, Jeff | 03/20/2018 |
| US_000715231 | Grant, Jeff | 05/16/2018 |
| US_000713971 | Guy, Mary | 03/30/2022 |
| US_000716031 | Harlow, Jennifer | 08/05/2022 |
| US_000715959 | Harlow, Jennifer | 08/05/2022 |
| US_000715807 | Hornsby, Anne | 05/18/2022 |
| US_000715867 | Hornsby, Anne | 05/18/2022 |
| US_000718135 | Hornsby, Anne | 05/19/2023 |
| US_000718426 | Hornsby, Anne | 05/25/2023 |
| US_000728753 | Hornsby, Anne | 11/21/2023 |
| US_000714055 | Hughes, Lateefah | 02/04/2022 |
| US_000716734 | Hutchinson, Thomas | 01/26/2022 |
| US_000715944 | Ingber, Melvin | 06/14/2022 |
| US_000715894 | Ingber, Melvin | 06/14/2022 |
| US_000716986 | Johnson, Amanda | 09/30/2022 |
| US_000716085 | Kapustij, Carolyn | 08/25/2022 |
| US_000716162 | Kapustij, Carolyn | 08/25/2022 |

| | | |
|---|---|---|
| US_000718829 | Kapustij, Carolyn | 08/25/2023 |
| US_000715432 | Kornfield, Thomas | 03/10/2022 |
| US_000715533 | Kornfield, Thomas | 03/10/2022 |
| US_000715637 | Lara, Lisa | 03/18/2022 |
| US_000715564 | Lara, Lisa | 03/18/2022 |
| US_000719450 | Lazio, Jennifer | 02/28/2022 |
| US_000701045-REV | Leonard, Connie | 05/26/2023 |
| US_000701361-REV | Limmer, Kirk | 06/21/2023 |
| US_000714136 | Liu, Echo | 06/27/2022 |
| US_000719149 | Mills, George | 09/07/2023 |
| US_000714553 | Morse, Jonathan | 08/17/2022 |
| US_000714184 | Paul, Rebecca | 04/13/2022 |
| US_000714305 | Reed, Monica | 04/28/2022 |
| US_000714649 | Renshaw, Jeff | 08/24/2022 |
| US_000714421 | Rice, Cheri | 08/03/2022 |
| US_000714748 | Savoy, Vernisha | 10/25/2022 |
| US_000716392 | Smith, Jonathan | 09/29/2022 |
| US_000716469 | Smith, Jonathan | 09/29/2022 |
| US_000715113 | Tavenner, Marilyn | 02/28/2018 |
| US_000717462 | Taylor, Eula | 08/23/2023 |
| US_000717951 | Tee, Gift | 11/30/2022 |
| US_000716599 | Tudor, Cynthia | 08/23/2022 |
| US_000714363 | Uebersax, Julie | 06/29/2022 |
| US_000717025 | Verslues, Francis | 03/17/2023 |

# Exhibit C

**Exhibit C**

| Deponent Name | Deposition Date |
| --- | --- |
| Atkins, Michelle | 03/11/2025 |
| Berglund, David | 02/11/2025 |
| Berglund, David | 02/18/2025 |
| Bonfante, Maricruz | 02/07/2025 |
| Bresette, Christopher | 03/19/2025 |
| Brooks, Patricia | 01/30/2025 |
| Creighton, Sean | 04/07/2025 |
| Davis, Joanne | 03/20/2025 |
| Eisenberg, Chris | 03/24/2025 |
| Franzel, Ashley | 04/09/2025 |
| Fry, Janet | 02/27/2025 |
| Fry, Janet | 02/28/2025 |
| Grant, Jeff | 04/17/2025 |
| Harlow, Jennifer | 07/10/2025 |
| Hue, Marilu | 04/08/2025 |
| Hughes, Lateefah | 02/25/2025 |
| Marshall, Ann | 02/13/2025 |
| Mills, George | 06/29/2023 |
| Paul, Rebecca | 03/20/2025 |
| Pulley, Tobi | 02/26/2025 |
| Reddix, Angela | 03/07/2025 |
| Rice, Cheri | 06/10/2025 |
| Shapiro, Jennifer[1] | 06/24/2025 |
| Simons, Kellie | 05/19/2025 |
| Smith, Jonathan | 03/31/2025 |
| Wagner, Jennifer | 07/11/2023 |
| Winchell, David | 04/04/2025 |

---

[1] Portions of the deposition transcript of witness Jennifer Shapiro in *United States ex rel. Osinek v. Kaiser Permanente et al.*, N. D. Cal., Case No. 13 Civ. 3891 (EMC) are designated confidential by the defendant in that action pursuant to the Protective Order entered by the court in that litigation (ECF No. 191).  The Parties agree to redact those designated portions of Ms. Shapiro's testimony.