O'Melveny

O'Melveny & Myers LLP          T: +1 213 430 6000              File Number:
400 South Hope Street          F: +1 213 430 6407
Suite 1900                     omm.com
Los Angeles, CA 90071-2811

April 17, 2026                                  **Jim Bowman**
                                                D: +1 213 430 6569
                                                jbowman@omm.com

**VIA ELECTRONIC DELIVERY AND COURT FILING**

The Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

> Re:    *United States of America v. Anthem, Inc.*, **1:20-cv-02593-ALC-KHP**

Dear Judge Parker:

We represent Defendant Anthem, Inc. ("Anthem") in the above-referenced action. We write jointly with the Government to respectfully request that the Court not address the parties' dispute regarding the Government's efforts to depose Anthem's Executive Vice President Peter Haytaian (Dkt. 469) at the upcoming April 21, 2026 case management conference, and instead ask the Court to address the dispute at the following case management conference currently scheduled for May 19, 2026.

The parties have discussed this matter further, and intend to ask the Court to set a briefing schedule to allow the parties to submit responsive briefing in advance of the May 19, 2026 case management conference. The parties will meet and confer regarding proposed dates for that briefing schedule, and will be prepared to address the proposed schedule at the April 21, 2026 case management conference. Accordingly, the parties respectfully inform the court that they do not intend to file position statements today, April 17, 2026 regarding this dispute and request that the Court adjourn that filing deadline.

Should the Court ultimately rule, at the May 21, 2026 case management conference or otherwise, that Mr. Haytaian must sit for deposition, Anthem consents to his deposition being taken after the current April 30, 2026 deadline for parties to complete 30(b)(1) depositions.

Austin • Century City • Dallas • Houston • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo

O'Melveny

Dated:  April 17, 2026

Respectfully submitted,

By:  */s/ James A. Bowman*

JAMES A. BOWMAN, *Pro Hac Vice*
ADAM LEVINE, *Pro Hac Vice*
HANNAH E. DUNHAM, *Pro Hac Vice*
SHELBY A. CUMMINGS, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
jbowman@omm.com
alevine@omm.com
hdunham@omm.com
scummings@omm.com

K. LEE BLALACK, II, *Pro Hac Vice*
ANWAR GRAVES, *Pro Hac Vice*
WILLIAM BUFFALOE, *Pro Hac Vice*
BRIAN D. BOYLE
BENJAMIN D. SINGER
RAHUL KOHLI *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
lblalack@omm.com
agraves@omm.com
wbuffaloe@omm.com
bboyle@omm.com
bsinger@omm.com
rkohli@omm.com

DAVID DEATON, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
ddeaton@omm.com

CHRISTOPHER P. BURKE, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**

2

**O'Melveny**

1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
cburke@omm.com

JOHN MARTIN, *Pro Hac Vice*
HEYWARD BONYATA, *Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1320 Main Street, 17th Floor
Columbia, South Carolina 29201
Telephone: (803) 255-9655
john.martin@nelsonmullins.com
heyward.bonyata@nelsonmullins.com

*Attorneys for Defendant Anthem, Inc.*

cc: Assistant United States Attorney Peter Max Aronoff, Esq.
    Assistant United States Attorney Charles Salim Jacob, Esq.
    Assistant United States Attorney Adam M. Gitlin, Esq.
    Assistant United States Attorney Dana Walsh Kumar, Esq.
    Assistant United States Attorney Rachael Doud, Esq.
    Assistant United States Attorney Pierre Armand, Esq.
    Assistant United States Attorney Harry Fidler, Esq.
    Trial Attorney Martha Glover, Esq.