**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

-against-

ANTHEM, INC.,

Defendant.

----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/21/2026__
```

**20-CV-2593 (ALC) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 21, 2026, the parties appeared before the undersigned for a Case Management Conference.  As set forth in greater detail on the record:

The parties have represented that they intend to meet and confer on April 22, 2026, regarding the ongoing administrative proceeding and the related discovery dispute currently pending in that matter. The parties are directed to file a status letter by Thursday, April 23, 2026, advising the Court whether they have reached agreement as to any modification of the operative protective order in this action or whether further Court intervention will be required.

As to the joint request that the Court defer addressing the dispute over the Government's efforts to depose Anthem Executive Vice President Peter Haytaian (ECF No. 475), the request is GRANTED.  Deadlines to submit position statements for the same are hereby adjourned until a new briefing schedule is set. The parties are directed to submit a proposed briefing schedule for their position statements on the issue by April 23, 2026.

        **SO ORDERED.**

DATED:        New York, New York
              April 21, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge