**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

  UNITED STATES OF AMERICA,

                                Plaintiff,

              -against-

ANTHEM, INC.,

                            Defendant.

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2026
```

**20-CV-2593 (ALC) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 23, 2026, Anthem filed a letter pursuant to the Court's Order at ECF No. 480, informing the Court that the parties believe they can resolve their proposed revisions to the protective order without Court intervention at this time. The Court thanks the parties for the update and commends the parties' efforts.

Also pursuant to the Court's Order at ECF No. 480, the parties filed a joint letter on April 23, 2026, proposing a briefing schedule for position statements concerning the ongoing dispute related to the deposition of Anthem Executive Vice President Peter Haytaian. The Court adopts the proposed briefing schedule in full, as set forth below:

- April 27, 2026: Government's Opening Position Statement (3 pages)

- May 6, 2026: Anthem's Response (3 pages)

- May 12, 2026: Government's Reply (2 pages)

        **SO ORDERED.**

DATED:      New York, New York
            April 24, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge