**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

  UNITED STATES OF AMERICA,

                            Plaintiff,

             -against-

ANTHEM, INC.,

                        Defendant.

-----------------------------------------------------------------X

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED: 4/28/2026 | |

**20-CV-2593 (ALC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 27, 2026, the Government filed a position statement in connection with Anthem's invocation of the apex witness doctrine in this matter.  Additionally, it filed a letter motion, with Anthem's consent, to provisionally seal its position statement until May 27, 2026, at which time the parties will move to formally seal the document or indicate to the Court that they do not intend to file such a motion.   The Government asserts that provisionally sealing the requested document is warranted because the position statement quotes documents produced by Anthem that have been designated Confidential pursuant to the Protective Order at ECF No. 485 and the transcript of the deposition of Gray King, a former Anthem employee, which has been designated Attorneys' Eyes Only pursuant to the same Order.  The Court recently granted similar requests at ECF Nos. 460 and 465.  For the same reasons noted in the Court's prior provisional sealing Orders, the Court GRANTS the Government's request.

      **The Clerk of Court is respectfully directed to terminate the motion at ECF No. 487.**

     SO ORDERED.

DATED:      New York, New York
             April 28, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge