**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM, INC.,<br><br>Defendant. | Case No.  1:20-cv-02593-ALC-KHP<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Christopher P. Burke, hereby certify that I am a Counsel at O'Melveny & Myers LLP, and that on May 7, 2026, I served a true and correct copy, without redactions of non-privileged confidential material, of Defendant Anthem, Inc.'s Position Statement in Opposition to Plaintiff's Demand for Testimony from Peter Haytaian via email to counsel of record in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 7, 2026

By: _____/s/ *Christopher P. Burke*_____

Christopher P. Burke

*Counsel for Defendant Anthem, Inc.*