**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                    Plaintiff,

          -against-

ANTHEM, INC.,

                                                    Defendant.

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2026
```

**20-CV-2593 (ALC) (KHP)**


**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On May 6, 2026, Anthem filed a position statement in connection with the apex witness dispute in the above-entitled action.  Additionally, it filed a letter motion, with the Government's consent, to provisionally file its position statement in redacted form and the Declaration of Peter D. Haytaian under seal until June 5, 2026, at which time the parties will either move to formally seal the documents or indicate to the Court that they do not intend to file such a motion.  For the same reasons noted in the Court's prior provisional sealing Orders, the Court GRANTS Anthem's request.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 494.**

          **SO ORDERED.**

DATED:          New York, New York
                    May 7, 2026

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge