```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/13/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

   UNITED STATES OF AMERICA,

                                      Plaintiff,                         **20-CV-2593 (ALC) (KHP)**

                  -against-
ANTHEM, INC.,                                                            **ORDER**

                                      Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

   On May 12, 2026, the Government filed a reply in support of its position regarding the

apex witness dispute in the above-entitled action.  Additionally, it filed a letter motion, with the

Anthem's consent, to provisionally file its reply statement in redacted form until June 12, 2026,

at which time the parties will either move to maintain the document in redacted form or

indicate to the Court that they do not intend to file such a motion.  In line with the Court's prior

provisional sealing Orders at ECF Nos. 491, 498, the Court GRANTS the Government's request.

   **The Clerk of Court is respectfully directed to terminate the motion at ECF No. 501.**

        **SO ORDERED.**

DATED:        New York, New York
              May 13, 2026

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge