```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

  UNITED STATES OF AMERICA,

                                        Plaintiff,                    **20-CV-2593 (ALC) (KHP)**

                  -against-

ANTHEM, INC.,                                                          **ORDER**

                                        Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On May 15, 2026, Anthem filed a position statement regarding discovery disputes for which the parties seek Court resolution.  Additionally, it filed a letter motion, with the Government's consent, to provisionally file its position statement in redacted form and supporting exhibits under seal until June 15, 2026, at which time the parties will either move to maintain the seal or indicate to the Court that they do not intend to file such a motion.  In line with the Court's prior provisional sealing Orders Anthem's request is GRANTED.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 511.**

SO ORDERED.

DATED:        New York, New York
              May 18, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge