# Exhibit A

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA    )

    Plaintiff,            ) Case No.:

       Vs.            )  1:20-cv-0259ALC-KHP

ANTHEM, INC.          )

   Defendant.        )

        ---------------------

Deposition of CHERI RICE, was taken via videotape on Wednesday, August 28, 2025, commencing at 9:05 a.m., at Veritext Legal Solutions, 36 South Charles Street, 20th Floor, Baltimore, Maryland, before MICHELE D. LAMBIE, Notary Public.

        ---------------------

Reported By:

      Michele D. Lambie, CSR-RPR

cheating the Medicare Advantage program, correct --

MR. JACOB: Objection. Objection. Form.

BY MR. BLALACK:

Q. -- based on the Complaint you read?

A. It was in that same period. Yes, I would agree.

Q. Okay. Thank you.

Now, do you remember the question you received from Mr. Jacob about why -- whether CMS ever took steps to terminate Anthem's contract, Medicare Advantage contracts after learning of the allegations that the Department of Justice put in its Complaint?

A. Yes.

Q. Okay. And just to refresh, that Complaint was filed in 2020, so over five years ago, correct?

A. Correct.

Q. Okay. So after -- let's assume for the sake of argument you didn't know about those

Page 422

allegations before the Complaint was filed, which is a different question and we'll just set that aside.

At a minimum, the agency knew as of early 2020 of the government's allegations, the Department of Justice's allegations regarding Anthem's chart review program, correct?

A.    Correct.

Q.    And am I correct that after learning of that, CMS has never terminated one of Anthem's Medicare Advantage contracts or nonrenewed one of Anthem's Medicare Advantage contracts?

MR. JACOB:  To your knowledge.

BY MR. BLALACK:

Q.    To your knowledge?

A.    To my -- to my knowledge, that's correct. Yes.

Q.    And am I correct that CMS has never rejected one of Anthem's Medicare Advantage bids since the lawsuit Complaint was filed on the basis of the allegations in that Complaint?

Page 423

A.    To my knowledge, yes.  That's correct.

Q.    Okay.  And to your knowledge, CMS has never sought to recoup any monies from Anthem under the regulatory authorities that it has based on the allegations that the government has made regarding Anthem's chart review practices since learning of those allegations in early 2020; is that right?

MR. JACOB:  Objection to form.

THE WITNESS:  That's right.

BY MR. BLALACK:

Q.    Okay.  Now, if you would go back to Exhibit 109, which is the contract that I showed you and that Mr. Jacob showed you.

A.    Yes.

Q.    Do you have that?

A.    Um-hum.  Yes.

Q.    Okay.  Now, if you would look on page 6 of the contract, you'll see an Article VII, Renewal of MA Contract?

A.    Yes.

Q.    And do you agree there's a whole section

Page 424

that describes the process that CMS can follow if it wishes to nonrenew a contract?

A.    Yes.

Q.    And then if you go to the next page, page 7 of the contract, there's an entire section that's available to CMS if it wishes to terminate a contract for a Medicare Advantage organization; is that right?

A.    That is right.

Q.    Okay.  Now, are you aware that CMS also possesses the authority to issue civil penalties against a Medicare Advantage organization for noncompliance with Medicare Advantage program requirements?

MR. JACOB:  Objection to form.

THE WITNESS:  Yes.  However, my understanding is those have to be based on beneficiary harm.

BY MR. BLALACK:

Q.    Okay.

A.    So --

Page 425

Q.    To your knowledge, CMS has no authority to issue civil penalties against a Medicare Advantage contract for submitting false or fraudulent risk adjustment data?

A.    That's my understanding.

Q.    Okay.

A.    Yeah, it has to be a beneficiary harm.

Q.    Okay.  Does CMS possess the authority to issue what's called a Corrective Action Plan to a Medicare Advantage organization if it concludes that the Medicare Advantage organization is not complying with its contract or complying with other MA program requirements?

MR. JACOB:  Objection to form.

THE WITNESS:  Yes.

BY MR. BLALACK:

Q.    And that authority extends to and includes submitting false risk adjustment data or engaging in fraudulent activity, correct?

A.    Correct.

Q.    To your knowledge since DOJ made its

Page 426

allegations in this case in early 2020, has CMS ever issued a Notice of Corrective Action Plan to Anthem based on any of the allegations the government has made about Anthem's chart review program?

A.    Not to my knowledge, no.

Q.    Okay.  Let's set aside those formal regulatory authorities.

A.    Um-hum.

Q.    CMS also has the authority to just send communications to a Medicare Advantage organization communicating to them, that Medicare Advantage organization, that they believe that Medicare Advantage organization is not engaging in conduct compliant with the program requirements, right?

MR. JACOB:  Objection to form.

THE WITNESS:  Yes.

BY MR. BLALACK:

Q.    In other words, you can send a sternly worded letter if you want to, correct?

A.    Yes.

Page 427

Q.    Since DOJ filed its Complaint in early 2020 and CMS learned of the allegations about Anthem's chart review program, to your knowledge has CMS ever sent a letter or any other correspondence to Anthem stating its concerns, objections or complaints about Anthem's chart review program?

MR. JACOB:  Objection.  Form.

THE WITNESS:  No.

BY MR. BLALACK:

Q.    To your knowledge, has anyone at CMS ever picked up the phone, called someone at Anthem since learning of the allegations from the Department of Justice and said, I can't believe what you all are doing over there, this is outrageous, it needs to stop?

MR. JACOB:  Objection to form.

THE WITNESS:  Not to my knowledge, no.

BY MR. BLALACK:

Q.    Okay.  If that was going to happen, wouldn't that come from somebody in the Medicare

Page 428

Plan Payment Group?

MR. JACOB:  Objection to form.

THE WITNESS:  Most likely it would come

somebody above the Medicare Plan Payment Group,

so ...

BY MR. BLALACK:

Q.    Somebody in the Center of Medicare?

A.    Yeah.

Q.    Somebody like the Deputy Director or the

Director?

A.    Or the Director, yeah.

Q.    So someone like you or your boss?

A.    Most likely, yes.

Q.    And as far as you know, that never

happened, right?

A.    As far as I know, yes.

MR. BLALACK:  Okay.  I have nothing

further.  Thank you.

THE WITNESS:  Thank you.

MR. JACOB:  Thank you, Ms. Rice, so much.

THE WITNESS:  Thank you.