

O'Melveny & Myers LLP
400 South Hope Street
Suite 1900
Los Angeles, CA 90071-2811

T: +1 213 430 6000
F: +1 213 430 6407
omm.com

File Number:

June 18, 2026

**Jim Bowman**
D: +1 213 430 6569
jbowman@omm.com

**VIA ELECTRONIC DELIVERY AND COURT FILING**

The Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

> **Re:**    *United States of America v. Anthem, Inc.*, **1:20-cv-02593-ALC-KHP**

Dear Judge Parker:

We represent Defendant Anthem, Inc. ("Anthem"). We write to respectfully request that the Court advance the next case management conference, currently scheduled for July 21, 2026, to July 6, 7, or 8, or, if those dates are not convenient for the Court, then July 15 or 16, 2026. Plaintiff does not oppose this request and has confirmed its availability on those dates.

Anthem seeks to advance the upcoming case management conference because the parties anticipate seeking the Court's intervention with respect to several disputes and Anthem is concerned that delaying resolution of these disputes until late July may lead to corresponding delays in the parties' discovery. Additionally, the Anthem counsel most familiar with these anticipated disputes have conflicts on the currently scheduled date.

Both parties anticipate raising issues at the next conference and agree that the conference should go forward promptly. For that reason, the Government respectfully requests that, if the Court does not grant Anthem's request to advance the conference, it proceed as currently scheduled. Anthem respectfully notes that the counsel most familiar with the anticipated disputes are unavailable on July 21 and their participation would allow for a more productive conference. Anthem therefore respectfully requests that, if none of the proposed dates are convenient for the Court, the Court consider identifying alternative dates for the conference in lieu of retaining the current date. Anthem thanks the Court for its consideration of this request.

Dated:  June 18, 2026

Respectfully submitted,

By:  */s/ James A. Bowman*

JAMES A. BOWMAN, *Pro Hac Vice*
ADAM LEVINE, *Pro Hac Vice*
HANNAH E. DUNHAM, *Pro Hac Vice*
SHELBY A. CUMMINGS, *Pro Hac Vice*
ELIZABETH A. ARIAS, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
jbowman@omm.com
alevine@omm.com
hdunham@omm.com
scummings@omm.com
earias@omm.com

K. LEE BLALACK, II, *Pro Hac Vice*
ANWAR GRAVES, *Pro Hac Vice*
WILLIAM BUFFALOE, *Pro Hac Vice*
BRIAN D. BOYLE
BENJAMIN D. SINGER
RAHUL KOHLI *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
lblalack@omm.com
agraves@omm.com
wbuffaloe@omm.com
bboyle@omm.com
bsinger@omm.com
rkohli@omm.com

DAVID DEATON, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
ddeaton@omm.com

2

O'Melveny

CHRISTOPHER P. BURKE, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
cburke@omm.com

JOHN MARTIN, *Pro Hac Vice*
HEYWARD BONYATA, *Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1320 Main Street, 17th Floor
Columbia, South Carolina 29201
Telephone: (803) 255-9655
john.martin@nelsonmullins.com
heyward.bonyata@nelsonmullins.com

*Attorneys for Defendant Anthem, Inc.*

cc: Assistant United States Attorney Peter Max Aronoff, Esq.
    Assistant United States Attorney Charles Salim Jacob, Esq.
    Assistant United States Attorney Adam M. Gitlin, Esq.
    Assistant United States Attorney Dana Walsh Kumar, Esq.
    Assistant United States Attorney Rachael Doud, Esq.
    Assistant United States Attorney Pierre Armand, Esq.
    Assistant United States Attorney Harry Fidler, Esq.
    Trial Attorney Martha Glover, Esq.