# Exhibit B

| | |
|---|---|
| **From:** | Turano, Michelle |
| **To:** | Scott, John (CMS/CM); Stansbury, Kevin (CMS/CM); Zaharna, Leila (CMS/CM); Levinstim, Ann (CMS/CM); Robinson, Jessica (CMS/CM); Brandow, Lauren (CMS/CM); Oren, Emily (HHS.OGC); Wolfe, Daniel (HHS/OGC); Franzel, Ashley (CMS/CM); Carpenter, Meghan (CMS/CM); Harrington, Rebecca (CMS/CM); Reed-Asante, Monica (CMS/CM); Mierwald, Raymond (CMS/CM); Hutchinson, Claire (CMS/CM); Rajan, Shruti (CMS/CM) |
| **Cc:** | Dailey, Aimee K.; Dewane, Jennifer; Marshall, John; Van Ert, Mark |
| **Subject:** | RE: Wire transfer to CMS |
| **Date:** | Thursday, May 28, 2026 9:29:38 AM |
| **Attachments:** | image001.png |

Thank you, John.  Appreciate the confirmation.


**Michelle Turano**

Vice President, Health Plan Compliance

Phone:  813/295-1367

michelle.turano@elevancehealth.com


**From:** Scott, John (CMS/CM) <John.Scott@cms.hhs.gov>
**Sent:** Thursday, May 28, 2026 10:28 AM
**To:** Turano, Michelle <michelle.turano@elevancehealth.com>; Stansbury, Kevin (CMS/CM) <Kevin.Stansbury@cms.hhs.gov>; Zaharna, Leila (CMS/CM) <Leila.Zaharna@cms.hhs.gov>; Levinstim, Ann (CMS/CM) <Ann.Levinstim@cms.hhs.gov>; Robinson, Jessica (CMS/CM) <Jessica.Robinson@cms.hhs.gov>; Brandow, Lauren (CMS/CM) <Lauren.Brandow@cms.hhs.gov>; Oren, Emily (HHS.OGC) <emily.oren@hhs.gov>; Wolfe, Daniel (HHS/OGC) <Daniel.Wolfe@HHS.GOV>; Franzel, Ashley (CMS/CM) <ashley.franzel@cms.hhs.gov>; Carpenter, Meghan (CMS/CM) <meghan.carpenter1@cms.hhs.gov>; Harrington, Rebecca (CMS/CM) <Rebecca.Harrington@cms.hhs.gov>; Reed-Asante, Monica (CMS/CM) <monica.reed-asante@cms.hhs.gov>; Mierwald, Raymond (CMS/CM) <raymond.mierwald1@cms.hhs.gov>; Hutchinson, Claire (CMS/CM) <claire.hutchinson@cms.hhs.gov>; Rajan, Shruti (CMS/CM) <shruti.rajan@cms.hhs.gov>
**Cc:** Dailey, Aimee K. <aimee.dailey@elevancehealth.com>; Dewane, Jennifer <Jennifer.Dewane@elevancehealth.com>; Marshall, John <john.marshall@elevancehealth.com>; Van Ert, Mark <Mark.VanErt@elevancehealth.com>
**Subject:** RE: Wire transfer to CMS


Good morning Michelle. OFM confirmed the transfer.


John

**John A. Scott** | Director | Medicare Parts C and D Oversight and Enforcement Group | Centers for Medicare & Medicaid Services | 7500 Security Blvd., C1-21-27 | Baltimore, MD 21244 | ☎:410-786-3636 | ✆: 410-786-6301 | ✉: **John.Scott@cms.hhs.gov**

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.


**From:** Scott, John (CMS/CM)
**Sent:** Wednesday, May 27, 2026 3:53 PM
**To:** 'Turano, Michelle' <michelle.turano@elevancehealth.com>; Stansbury, Kevin (CMS/CM) <Kevin.Stansbury@cms.hhs.gov>; Zaharna, Leila (CMS/CM) <Leila.Zaharna@cms.hhs.gov>; Levinstim,

US_014686350

Ann (CMS/CM) <Ann.Levinstim@cms.hhs.gov>; Robinson, Jessica (CMS/CM) <Jessica.Robinson@cms.hhs.gov>; Brandow, Lauren (CMS/CM) <Lauren.Brandow@cms.hhs.gov>; Oren, Emily (HHS.OGC) <emily.oren@hhs.gov>; Wolfe, Daniel (HHS/OGC) <Daniel.Wolfe@HHS.GOV>; Franzel, Ashley (CMS/CM) <ashley.franzel@cms.hhs.gov>; Carpenter, Meghan (CMS/CM) <meghan.carpenter1@cms.hhs.gov>; Harrington, Rebecca (CMS/CM) <Rebecca.Harrington@cms.hhs.gov>; Reed-Asante, Monica (CMS/CM) <monica.reed-asante@cms.hhs.gov>; Mierwald, Raymond (CMS/CM) <raymond.mierwald1@cms.hhs.gov>; Hutchinson, Claire (CMS/CM) <claire.hutchinson@cms.hhs.gov>; Rajan, Shruti (CMS/CM) <shruti.rajan@cms.hhs.gov>
**Cc:** Dailey, Aimee K. <aimee.dailey@elevancehealth.com>; Dewane, Jennifer <Jennifer.Dewane@elevancehealth.com>; Marshall, John <john.marshall@elevancehealth.com>; Van Ert, Mark <Mark.VanErt@elevancehealth.com>
**Subject:** RE: Wire transfer to CMS

Thank you Michelle. We will let you know about the transfer as soon as we hear from OFM.
John

**John A. Scott** | Director | Medicare Parts C and D Oversight and Enforcement Group | Centers for Medicare & Medicaid Services | 7500 Security Blvd., C1-21-27 | Baltimore, MD 21244 | ☎:410-786-3636 | ☎: 410-786-6301 | ✉: **John.Scott@cms.hhs.gov**

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Turano, Michelle <michelle.turano@elevancehealth.com>
**Sent:** Wednesday, May 27, 2026 3:28 PM
**To:** Scott, John (CMS/CM) <John.Scott@cms.hhs.gov>; Stansbury, Kevin (CMS/CM) <Kevin.Stansbury@cms.hhs.gov>; Zaharna, Leila (CMS/CM) <Leila.Zaharna@cms.hhs.gov>; Levinstim, Ann (CMS/CM) <Ann.Levinstim@cms.hhs.gov>; Robinson, Jessica (CMS/CM) <Jessica.Robinson@cms.hhs.gov>; Brandow, Lauren (CMS/CM) <Lauren.Brandow@cms.hhs.gov>; Oren, Emily (HHS.OGC) <emily.oren@hhs.gov>; Wolfe, Daniel (HHS/OGC) <Daniel.Wolfe@HHS.GOV>; Franzel, Ashley (CMS/CM) <ashley.franzel@cms.hhs.gov>; Carpenter, Meghan (CMS/CM) <meghan.carpenter1@cms.hhs.gov>; Harrington, Rebecca (CMS/CM) <Rebecca.Harrington@cms.hhs.gov>; Reed-Asante, Monica (CMS/CM) <monica.reed-asante@cms.hhs.gov>; Mierwald, Raymond (CMS/CM) <raymond.mierwald1@cms.hhs.gov>; Hutchinson, Claire (CMS/CM) <claire.hutchinson@cms.hhs.gov>; Rajan, Shruti (CMS/CM) <shruti.rajan@cms.hhs.gov>
**Cc:** Dailey, Aimee K. <aimee.dailey@elevancehealth.com>; Dewane, Jennifer <Jennifer.Dewane@elevancehealth.com>; Marshall, John <john.marshall@elevancehealth.com>; Van Ert, Mark <Mark.VanErt@elevancehealth.com>
**Subject:** Wire transfer to CMS
**Importance:** High

Good afternoon, John and Kevin:

At approximately 2:00 p.m. today, Elevance Health sent a wire transfer to CMS in the amount of $342,209,085.30. The Federal Reference Number is **20260527B6B7HU4R015965**. The wire

US_014686351

has cleared on our side.  Pursuant to the Instructions, this payment represents a remittance of the total overpayment amount for all auditable estimates submitted to the RAOR module related to the February 27, 2026, sanction notice.

Please confirm receipt of this email, as well as confirmation when the funds are received by CMS.
Thank you,
Michelle

---



**Michelle Turano**
Vice President, Health Plan Compliance
Medicare, Medicaid & Commercial
5411 Sky Center Dr., Tampa, Florida 33607
Phone:  813/295-1367
michelle.turano@elevancehealth.com
-
EA:  Traci Harrell **/** Phone: 813/981-3352 **/** Email:  traci.harrell@elevancehealth.com

*You can confidentially report a compliance issue by calling the HelpLine at **877-725-2702.***

This message, including files attached to it, may contain confidential information that is intended only for the use of those named above.  If you are not an intended recipient, any dissemination or copying of the information contained in this message, or the taking of any action in reliance upon the information is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete the message from your system.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.