

O'Melveny & Myers LLP
400 South Hope Street
Suite 1900
Los Angeles, CA 90071-2811

T: +1 213 430 6000
F: +1 213 430 6407
omm.com

File Number:

June 28, 2026

**Jim Bowman**
D: +1 213 430 6569
jbowman@omm.com

**VIA ELECTRONIC DELIVERY AND COURT FILING**

The Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

> **Re:** *United States of America v. Anthem, Inc.*, **1:20-cv-02593-ALC-KHP**

Dear Judge Parker:

We represent Defendant Anthem, Inc. ("Anthem"). We write in response to Plaintiff's June 26, 2026 Letter Motion (Dkt. 533) requesting position statements in advance of the July 7, 2026 case management conference. Plaintiff has asked the Court to order five single-space page position statements to be filed on July 1, 2026 concerning (among two issues) Anthem's responses to Plaintiff's Second Set of Interrogatories, despite the fact that the parties have yet to hold a single meet and confer on that issue related to those responses.

The parties exchanged interrogatories and requests for admission (RFAs) on May 1, 2026. While the Court limited the parties to 35 interrogatories, Plaintiff served 23 interrogatories with scores of substantive subparts, contravening established precedent of this Circuit and this Court regarding numerosity of interrogatories (among other well-established objections). The parties' responses to each other's interrogatories and RFAs were due June 1, 2026, but Plaintiff requested four separate extensions of the deadline for the parties to serve their responses: from June 8, to June 11, to June 17, to, finally, June 24. Less than 24 hours after the responses were served on June 24, and without any meet and confer regarding either sides' responses, Plaintiff informed Anthem it would seek position statements on Anthem's responses to Plaintiff's interrogatories.

Anthem asks that the Court defer this issue until the parties have engaged in the required meet and confer process. Anthem's objections to Plaintiff's interrogatories are based on established authority, and meeting and conferring regarding those objections would allow Plaintiff to evaluate that authority and for the parties to consider potential compromises that may resolve any dispute. Further, where Plaintiff flatly objected to more than 160 of Anthem's 248 requests for admission (to say nothing of the significant deficiencies in Plaintiff's responses to Anthem's interrogatories), it is apparent that the parties will likely have a number of additional disputes related to each sides' discovery that will ultimately need to be brought to the Court. It would be inefficient and disruptive to address the parties' disputes concerning this discovery piecemeal across multiple case management conferences. Anthem therefore requests that the Court deny without prejudice Plaintiff's request for position statements related to Anthem's responses to Plaintiff's interrogatories and direct the parties to meet and confer on all disputed issues related to

O'Melveny

the cross-RFAs and interrogatories served just two business days ago.  Following completion of that process, the parties should then collectively present any disputes to the Court that they cannot resolve.

Anthem agrees with Plaintiff that the parties are at impasse regarding the separate issue identified in Plaintiff's letter relating to Plaintiff's Seventh Set of RFPs, making that issue ripe for position statements and Court intervention.  Anthem further requests that, however the Court resolves Plaintiff's request for position statements regarding Anthem's interrogatory responses, the Court limit any position statements to no more than three pages, consistent with long-established practice in this case.

Anthem thanks the Court for its consideration of this request.

O'Melveny

Dated:  June 28, 2026

Respectfully submitted,

By:  */s/ James A. Bowman*

JAMES A. BOWMAN, *Pro Hac Vice*
ADAM LEVINE, *Pro Hac Vice*
HANNAH E. DUNHAM, *Pro Hac Vice*
SHELBY A. CUMMINGS, *Pro Hac Vice*
ELIZABETH A. ARIAS, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
jbowman@omm.com
alevine@omm.com
hdunham@omm.com
scummings@omm.com
earias@omm.com

K. LEE BLALACK, II, *Pro Hac Vice*
ANWAR GRAVES, *Pro Hac Vice*
WILLIAM BUFFALOE, *Pro Hac Vice*
BRIAN D. BOYLE
BENJAMIN D. SINGER
RAHUL KOHLI *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
lblalack@omm.com
agraves@omm.com
wbuffaloe@omm.com
bboyle@omm.com
bsinger@omm.com
rkohli@omm.com

DAVID DEATON, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
ddeaton@omm.com

3

O'Melveny

CHRISTOPHER P. BURKE, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
cburke@omm.com

JOHN MARTIN, *Pro Hac Vice*
HEYWARD BONYATA, *Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1320 Main Street, 17th Floor
Columbia, South Carolina 29201
Telephone: (803) 255-9655
john.martin@nelsonmullins.com
heyward.bonyata@nelsonmullins.com

*Attorneys for Defendant Anthem, Inc.*

cc: Assistant United States Attorney Peter Max Aronoff, Esq.
   Assistant United States Attorney Charles Salim Jacob, Esq.
   Assistant United States Attorney Adam M. Gitlin, Esq.
   Assistant United States Attorney Dana Walsh Kumar, Esq.
   Assistant United States Attorney Rachael Doud, Esq.
   Assistant United States Attorney Pierre Armand, Esq.
   Assistant United States Attorney Harry Fidler, Esq.
   Trial Attorney Martha Glover, Esq.