

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 26, 2026

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 6/29/2026 |

Via ECF
The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:     *United States of America v. Anthem, Inc.*, No. 20 Civ. 2593 (ALC) (KHP)

Dear Judge Parker:

This Office represents the United States of America in the above-referenced case. The Government writes to seek leave for each party to file a position statement in advance of the July 7, 2026, conference.

The parties will be filing their agenda for the July 7 conference by June 30, 2026, as ordered by the Court. The Government respectfully requests leave for each side to file a position statement by July 1, 2026, addressing two matters on the agenda: first, outstanding disputes regarding the Government's Seventh Set of Requests for Production[1]; and second, Anthem's response to the Government's Second Set of Interrogatories. Because these disputes involve multiple discrete issues, we respectfully propose that each side's position statement be no more than five single-spaced pages.

Anthem has indicated that it does not oppose the Government's request for permission to submit position statements concerning the remaining disputes regarding the Government's Seventh Set of Requests for Productions but opposes the Government's request as to Anthem's response to the Government's Interrogatories.[2] The Government believes it is appropriate and

---

[1] Although the Court previously issued an order concerning the Government's Seventh Set of Requests for Production, *see* ECF No. 516, the parties have disputes concerning the scope of Anthem's obligations under that order and its compliance therewith.

[2] In providing its position, Anthem stated:

> We, however, oppose asking the Court at this point for position statements related to such responses. The parties' cross-responses to RFAs and interrogatories were just served on Wednesday night, and Anthem has significant concerns with Plaintiff's responses and objections to much of that discovery as well. The best course in our view is to proceed with an orderly meet and confer process related to all the recently-served responses and then bring any issues that cannot be resolved by the parties to the Court following that process.

important to raise this issue to the Court now, because Anthem refused wholesale to respond to a single one of the Government's interrogatories, after having ample time to do so. Anthem should not be permitted to unnecessarily prolong discovery by employing such tactics, and, in the Government's view, must respond to the interrogatories in the first instance.

The parties are meeting and conferring on Monday regarding the interrogatory dispute and, if we are able to resolve any of that dispute or any other disputes prior to submitting position statements, we will not address such disputes in our position statement.

We thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    _/s/ Rachael Doud_____
PIERRE ARMAND
PETER ARONOFF
RACHAEL DOUD
HARRY FIDLER
ADAM GITLIN
CHARLES S. JACOB
DANA WALSH KUMAR
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007

cc:    Anthem's Counsel (Via ECF)

The parties shall meet and confer regarding the interrogatories before July 7, 2026. The Court expects the parties to meet and confer in good faith and to make reasonable compromises where appropriate. In the meantime, the Court will accept briefing on the dispute to clarify the issues and help avoid delays if compromise cannot be reached.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.    6/29/2026

2