**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 1, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2026

Via ECF
The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States of America v. Anthem, Inc.*, No. 20 Civ. 2593 (ALC) (KHP)

Dear Judge Parker:

This Office represents the United States of America (the "Government") in the above-referenced lawsuit. We write respectfully to request that the Court temporarily seal for thirty days, until July 31, 2026, the Government's position statement ("Position Statement") and exhibits thereto, which the Government is filing today in advance of the July 7, 2026 conference. Specifically, the Position Statement contains quotations from and attaches documents that Anthem has produced that are marked Confidential pursuant to the Stipulation and Amended Protective Order. *See* ECF No. 485.

In light of the Court's April 10, 2024, Order directing the parties to "make a specific showing that higher values justify" any redactions remaining under seal (the "Sealing Order"), ECF No. 199, at 4, we respectfully request that the same procedure that is set forth in the Court's Sealing Order apply to the Government's Position Statement, whereby **a party may file a motion by July 31, 2026, requesting that the redacted information in the Position Statement remain under seal after July 31, 2026.** *See id.*

Lastly, the Government respectfully requests permission to file on the docket a version of the Government's Position Statement that redacts the information that has been designated as Confidential or Attorneys' Eyes Only so that the Position Statement remains appropriately on the public docket (except for those redactions) in the interim.

The Government notes that the Court recently granted similar requests for provisional sealing of position statements filed by the Government and Anthem. *See* ECF Nos. 491, 498, 515. Anthem consents to the Government's request.

We thank the Court for its attention to this matter.

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.** 7/6/2026

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *__/s/ Rachael Doud_______________*
PIERRE ARMAND
PETER ARONOFF
RACHAEL DOUD
HARRY FIDLER
ADAM GITLIN
CHARLES JACOB
DANA WALSH KUMAR
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007

cc: Counsel of record (via ECF)