**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                        Plaintiff,

                    -against-

ANTHEM, INC.,

                                        Defendant.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/8/2026__

**20-CV-2593 (ALC) (KHP)**

**POST-CONFERENCE ORDER**

On July 7, 2026, the parties appeared before the undersigned for a Case Management

Conference.  As set forth in greater detail on the record:

The parties are directed to meet and confer in good faith to narrow the ongoing

disputes concerning the Government's interrogatories.  Insofar as the government elects to

defer a portion of or all its interrogatory requests pending the completion of Rule 30(b)(6)

depositions, it may do so and may submit a letter motion by no later than **July 21, 2026**,

requesting a limited extension of time to the discovery schedule for the limited purpose of

serving and responding to a limited and narrowed set of interrogatories.  The letter shall also

update the Court on the status of Rule 30(b)(6) depositions and any outstanding issues related

thereto.

Further, for the reasons stated on the record, the Court's Order at ECF No. 542 applies

to preclude both interrogatories and depositions.

            **SO ORDERED.**

DATED:        New York, New York
              July 8, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge