**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

  UNITED STATES OF AMERICA,

                               Plaintiff,

             -against-

ANTHEM, INC.,

                              Defendant.

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/30/2026___
```

**20-CV-2593 (ALC) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 21, 2026, the Government filed a letter (ECF No. 554) pursuant to the Court's

Order at ECF No. 546 which states:

> Insofar as the [G]overnment elects to defer a portion of or all its interrogatory requests pending the completion of Rule 30(b)(6) depositions, it may do so and may submit a letter motion by no later than July 21, 2026, requesting a limited extension of time to the discovery schedule for the limited purpose of serving and responding to a limited and narrowed set of interrogatories.

To conserve the parties' time and resources, the Government has elected to defer six

interrogatories that correspond to topics designated for its Rule 30(b)(6) depositions, as the

deposition testimony may narrow or altogether eliminate the need for those interrogatories.

The Government therefore seeks a limited extension of the deadlines to serve the deferred

interrogatories and obtain Anthem's responses.  Though the Government represents Anthem

opposes the proposed deferral, it has not submitted a letter explaining its position, and the

basis for its objection is not apparent in light of the Court's July 8, 2026 Post-Conference Order.

      Pursuant to the Court's authority under Rule 26, the Government's request is GRANTED.

Within 14 days of the conclusion of the Rule 30(b)(6) depositions, it may serve a narrowed set

of the deferred Interrogatories, and Anthem is directed to respond within 30 days thereafter.

2

**SO ORDERED.**

DATED:  New York, New York
        July 30, 2026

KATHARINE H. PARKER
United States Magistrate Judge

2