MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 6, 2026

Via ECF
Hon. Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States of America v. Anthem, Inc.*, No. 20 Civ. 2593 (ALC) (KHP)

Dear Judge Carter:

This Office represents the United States of America (the "Government"), the plaintiff in the above-referenced lawsuit. We write respectfully to request leave to file under seal the Government's response to the objection by defendant Anthem, Inc. ("Anthem") to certain rulings of the magistrate judge, *see* ECF Nos. 551–52, as well as an exhibit the Government intends to cite in connection with its response.

Magistrate Judge Parker has entered a protective order in this case, which in its most recent revised form is docketed at ECF No. 485. In this case, when a filing relies on information that derives from information a party has designated as confidential under the protective order, the parties have adhered to the following practice. The filing party provisionally files under seal any submission that includes information designated as confidential. The submission is sealed on a provisional basis for thirty days, during which time any party may move to maintain the material under seal beyond that period. If no such motion is filed, the provisional seal expires. Both parties have sought to file documents under seal pursuant to this procedure, and Judge Parker has repeatedly granted the parties' motions. *See, e.g.*, ECF No. 515 (granting Anthem's motion to provisional seal); 544 (granting the Government's motion to provisionally seal).

The Government intends to cite in its response information that Anthem has designated as confidential under the protective order. Accordingly, the Government respectfully requests leave to file its brief and the accompanying exhibit under seal, on a provisional basis for thirty days, consistent with the parties' practice in this case. The Government also respectfully seeks leave to file on the public docket a version of its response that redacts the information Anthem has designated as confidential.

Anthem objects, on separate grounds, to the Government's citation of the exhibit in connection with its response, but, conditional on its being filed, consents to that filing be done under seal.

We thank the Court for its attention to this matter and consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: *__/s/ Peter Aronoff*
PIERRE ARMAND
PETER ARONOFF
RACHAEL DOUD
HARRY FIDLER
ADAM GITLIN
CHARLES JACOB
DANA WALSH KUMAR
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007

cc: Counsel of record (via ECF)

August 7, 2026

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE