USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

-against-

ANTHEM, INC.,

Defendant.

---------------------------------------------------------------X

**20-CV-2593 (ALC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 1, 2026, both the Government and Anthem separately filed position statements and supporting documents pursuant to the Court's July 22, 2026 Order. (ECF No. 555) In connection with the position statements, the parties each filed motions to provisionally seal/redact their position statements and exhibits in support of the same. Consistent with the Court's past orders, by October 1, 2026, the parties shall either: (1) file a motion to seal that sets forth the grounds and legal basis for sealing the material, or (2) inform the Court they do not intend to file such a motion.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 570 and 573.**

**SO ORDERED.**

DATED: New York, New York
September 3, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge