**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 10, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2026

Via ECF
The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED

Katharine H Parker 9/11/2026
Hon. Katharine H. Parker, U.S.M.J.

Re: *United States of America v. Anthem, Inc.*, No. 20 Civ. 2593 (ALC) (KHP)

Dear Judge Parker:

This Office represents plaintiff the United States of America (the "Government") in the above-referenced lawsuit. **We write respectfully to request that the Court temporarily seal for thirty days, until October 12, 2026, Exhibits A and B to the Government's position statement regarding the remaining interrogatory disputes in this matter.** Exhibit A is Anthem, Inc.'s Second Supplemental and Amended Responses and Objections to Plaintiff United States of America's Second Set of Interrogatories. Anthem designated all but one of its responses as either "Attorneys' Eyes Only" or "Confidential," pursuant to the Stipulation and Amended Protective Order (the "Protective Order"). *See* ECF No. 485. Exhibit B is the Government's responses and objections to Anthem's Second Set of Interrogatories, which likewise contains information designated "Confidential" pursuant to the Protective Order.

In light of the Court's April 10, 2024, Order directing the parties to "make a specific showing that higher values justify" any redactions that are under seal (the "Sealing Order"), ECF No. 199, at 4, we also respectfully propose to apply the procedure set forth in the Court's Sealing Order to Exhibits A and B, such that any motion to maintain the information under seal must be filed by October 12, 2026.

The Government notes that the Court has recently granted similar requests for provisional sealing in other filings in this matter. *See, e.g.*, ECF No. 577. Anthem consents to the Government's request.

We thank the Court for its attention to this matter and consideration of the Government's request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: */s/ Harry Fidler*
PIERRE ARMAND
PETER ARONOFF
RACHAEL DOUD
HARRY K. FIDLER
ADAM GITLIN
CHARLES JACOB
DANA WALSH KUMAR
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007

cc: Counsel of record (via ECF)