**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 8, 2026

Via ECF
The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States of America v. Anthem, Inc.*, No. 20 Civ. 2593 (ALC) (KHP)

Dear Judge Parker:

This Office represents the United States of America (the "Government") in the above-referenced case. Pursuant to the Court's June 30, 2026, Scheduling Order (ECF No. 530), the Government and Defendant Anthem, Inc. ("Anthem") jointly submit the following proposed agenda for the upcoming conference.

**Agenda for October 15, 2026, Conference**

I. Status update regarding the parties' progress on remaining fact discovery, including Rule 30(b)(6) depositions;

II. The parties' proposal for the early disclosure of intended affirmative expert topics following the close of fact discovery; and

III. Update on the Government's list of allegedly false diagnosis codes, and the Government's request regarding its obligations under the prior Court Order (ECF No. 425)

We thank the Court for its attention to this matter and its consideration of the parties' agenda.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: */s/ Peter Aronoff*
PIERRE ARMAND
PETER ARONOFF
RACHAEL DOUD
HARRY FIDLER
ADAM GITLIN
CHARLES JACOB
DANA WALSH KUMAR
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007

cc: Anthem's Counsel (Via ECF)