# EXHIBIT C

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHEM, INC.,<br>Defendant. | Case No. 1:20-cv-02593-AL (KHP) |

**STIPULATION**

Anthem, Inc. ("Anthem" or "Defendant") and the United States of America (the "United States" or "Government") (collectively, "the Parties") hereby recite and stipulate as follows:

WHEREAS, Plaintiff the United States has brought this civil fraud action against Defendant Anthem, pursuant to three provisions of the False Claims Act, 31 U.S.C. § 3729(a)(1)(A), (a)(1)(B), and (a)(1)(G), and the federal common law of unjust enrichment and payment by mistake;

WHEREAS, Anthem denies the Government's allegations in this action;

WHEREAS, on July 24, 2024, the Court ordered that "[b]y December 30, 2024, the Government will provide Anthem with a list of allegedly false diagnosis codes or allegedly false claims for payment or overpayments" ("Deadline for Alleged False Codes") (Dkt. No. 243);

WHEREAS, at the request of the Government, the Court extended the Deadline for Alleged False Codes to December 5, 2025 (Dkt. Nos. 280, 312, 345, 360, 425) (together with Dkt. No. 243 the "Orders");

WHEREAS, in response to the Court's Orders, the Government produced to Anthem versions of its list of allegedly false diagnosis codes or allegedly false claims for payment or

overpayments ("Alleged False Code List") on May 5, 2025, August 13, 2025, December 11, 2025 and October 29, 2026;

WHEREAS, the Alleged False Code List consists of diagnosis codes that the Government contends medical providers submitted to Anthem and in turn Anthem submitted to the Centers for Medicare and Medicaid Services ("CMS") for payment pursuant to their Medicare Part C contracts for date of service years 2012-2015 that were not later reported to Anthem by its vendor during Anthem's corporate retrospective chart reviews ("Alleged Mismatch Analysis");

WHEREAS, the Government has now represented to Anthem that it will not contend that every single diagnosis code reflected on the Alleged False Code List is undocumented by medical records and, thus, will not contend at summary judgment or trial that all of the diagnosis codes reflected on the Alleged False Code List are false or an overpayment under the False Claims Act;

WHEREAS, instead of proving that the diagnosis codes reflected on the Alleged False Code List are false or an overpayment through the Alleged Mismatch Analysis, the Government intends to conduct an individualized review of medical records produced by Anthem (ANTHEM_SDNY_00220280 through ANTHEM_SDNY_00240112 and ANTHEM_SDNY_000240264 through ANTHEM_SDNY_000240268) for a sample of diagnosis codes drawn from the Alleged False Code List ("Sampled Codes") and then through a proffered expert witness extrapolate using statistical means an alleged "falsity rate" from the Sampled Codes to the full Alleged False Code List ("Extrapolation Analysis");

WHEREAS, the Government contends that the Court's Orders do not require the Government to specifically identify each and every diagnosis code that it alleges is false or an overpayment under the False Claims Act;

WHEREAS, Anthem contends that the Court's Orders do require the Government to specifically identify each and every diagnosis code that the Government alleges is false or an overpayment under the False Claims Act and that the Government cannot meet its burden of proof at summary judgment or trial by its Alleged Mismatch Analysis or its Extrapolation Analysis; and

WHEREAS, the parties dispute whether the Government's proposed use of its Extrapolation Analysis to prove diagnosis codes reflected on the Alleged False Code List are false or an overpayment under the False Claims Act is legally permissible at summary judgment or trial, but the parties agree that this dispute should be resolved later in the litigation and should not be litigated with regard to Plaintiff's compliance with the Court's Orders.

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

1. The Government will not argue or offer evidence at summary judgment or trial that the Alleged Mismatch Analysis provides evidence sufficient to prove falsity or an overpayment under the False Claims Act for the diagnosis codes reflected on the Alleged False Code List;
2. The Government will not argue or offer evidence at summary judgment or trial that any particular diagnosis code reflected on the Alleged False Code List is false or an overpayment under the False Claims Act other than diagnosis codes among the Sampled Codes; and
3. In consideration for the Government's stipulations herein, Anthem will not argue that the Government failed to comply with the Court's Orders.

IT IS SO STIPULATED.

Dated: November 6, 2026

Respectfully submitted,

By: /s/ ________________________________

K. LEE BLALACK, II, *Pro Hac Vice*
ANWAR GRAVES, *Pro Hac Vice*
WILLIAM BUFFALOE, *Pro Hac Vice*
BRIAN D. BOYLE, *Pro Hac Vice*
BENJAMIN D. SINGER
RAHUL KOHLI *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
lblalack@omm.com
agraves@omm.com
wbuffaloe@omm.com
bboyle@omm.com
bsinger@omm.com
rkohli@omm.com

JAMES A. BOWMAN, *Pro Hac Vice*
ADAM LEVINE, *Pro Hac Vice*
HANNAH E. DUNHAM, *Pro Hac Vice*
SHELBY A. CUMMINGS, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
jbowman@omm.com
alevine@omm.com
hdunham@omm.com
scummings@omm.com

DAVID DEATON, Pro Hac Vice
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
ddeaton@omm.com

CHRISTOPHER P. BURKE, *Pro Hac Vice*
**O'MELVENY & MYERS LLP**

1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
cburke@omm.com

JOHN MARTIN, *Pro Hac Vice*
HEYWARD BONYATA, *Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1320 Main Street, 17th Floor
Columbia, South Carolina 29201
Telephone: (803) 255-9655
john.martin@nelsonmullins.com
heyward.bonyata@nelsonmullins.com

*Attorneys for Defendant Anthem, Inc.*

By: /s/ ________________________________

PETER ARONOFF
CHARLES JACOB
ADAM GITLIN
DANA WALSH KUMAR
RACHAEL DOUD
PIERRE ARMAND
HARRY FIDLER
**UNITED STATES ATTORNEYS OFFICE SOUTHERN DISTRICT OF NEW YORK**
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: +212 637-2697
Facsimile: +212 637 2717
peter.aronoff@usdoj.gov
charles.jacob@usdoj.gov
adam.gitlin@usdoj.gov
dana.walsh.kumar@usdoj.gov
rachael.doud@usdoj.gov
pierre.armand@usdoj.gov
harry.fidler@usdoj.gov

*Attorneys for the United States of America*