# EXHIBIT D

**From:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>
**Sent:** Friday, October 30, 2026 12:38 PM
**To:** Graves, Anwar <agraves@omm.com>; Bowman, Jim <jbowman@omm.com>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Flores, Jessica (USANYS) 1 <Jessica.Flores@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>; Glover, Martha N. (CIV) <Martha.N.Glover@usdoj.gov>
**Subject:** RE: 30(b)(6) Deposition Scheduling

Hi Anwar,

We cannot do the depositions concurrently on November 10. The witness for Topic 20 is available for the day, but both witnesses for topics 12 and 20 are only available on Nov. 10, so we will need to complete topic 12 that day. If you can give a rough estimate of when we would start topic 12 (i.e., after lunch), it would be helpful for planning purposes.

Yes, I meant topic 15 (not 5). The witness is available only from 10AM to 3PM on November 19, and cannot stay later. As you recall, we had to revise the date for this deposition due to your limited availability. We do not think this should be a problem since there is only one topic on a discrete issue.

Thanks for confirming the locations.

Dana

Dana Walsh Kumar
(212) 637-2741

**From:** Graves, Anwar <agraves@omm.com>
**Sent:** Friday, October 30, 2026 2:07 PM
**To:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; Bowman, Jim <jbowman@omm.com>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Flores, Jessica (USANYS) 1 <Jessica.Flores@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>;

Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>; Glover, Martha N. (CIV) <Martha.N.Glover@usdoj.gov>
**Subject:** [EXTERNAL] RE: 30(b)(6) Deposition Scheduling

Hi Dana,

Thank you for the update.

With respect to Topics 12 and 20 on November 10, we are fine with starting the Topic 20 witness at 9:00 a.m. Alternatively, both could proceed at the same time beginning in the morning. In any event, please confirm that the Topic 20 witness is available for the entire day.

For Topic 15 on November 19 (we assume your reference to Topic 5 was meant to be Topic 15), we will endeavor to complete our examination by 3:00 p.m., but we cannot commit to do so at this time. We will try to be efficient, but please confirm that the witness can stay beyond 3:00 p.m. if needed.

On locations, we can confirm that the November 18 deposition will take place at OMM in Washington, D.C., and the November 10 and 19 depositions will take place at Regus – Veritext Affiliate (145 West Ostend Street Suite 600 Baltimore, MD 21230).

We will send a deposition notice containing these details.

Best,
Anwar

**O'Melveny**

**Anwar L. Graves**
Partner
agraves@omm.com
O: +1-202-383-5191

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>
**Sent:** Tuesday, October 27, 2026 1:47 PM
**To:** Graves, Anwar <agraves@omm.com>; Bowman, Jim <jbowman@omm.com>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Flores, Jessica (USANYS) 1 <Jessica.Flores@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>; Glover, Martha N.

(CIV) <Martha.N.Glover@usdoj.gov>
**Subject:** RE: 30(b)(6) Deposition Scheduling

Thanks, Anwar. For Topic 5 on Nov. 19, the witness is available from 10AM to 3PM.

For Topics 12 and 20, the witness for Topic 20 is available to start as early as 9AM, and we can do Topic 12 after. We have asked the witness to be available from late morning onward, but if you have a clearer sense of timing we can narrow it further.

For these 3 topics, will the depositions take place at Veritext in Baltimore?

And for the remaining topics that will take place on November 18, will that deposition take place at OMM in DC?

Thanks,
Dana

Dana Walsh Kumar
(212) 637-2741

---

**From:** Graves, Anwar <agraves@omm.com>
**Sent:** Tuesday, October 27, 2026 7:31 AM
**To:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; Bowman, Jim <jbowman@omm.com>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Flores, Jessica (USANYS) 1 <Jessica.Flores@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>
**Subject:** [EXTERNAL] RE: 30(b)(6) Deposition Scheduling

Hi Dana,

Thank you. We can confirm that we are available on November 19 for Anthem's 30(b)(6) deposition of Plaintiff on Topic 15.

Best,
Anwar

**O'Melveny**

**Anwar L. Graves**
Partner
agraves@omm.com
O: +1-202-383-5191

O'Melveny & Myers LLP
1625 Eye Street, NW

Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>
**Sent:** Friday, October 16, 2026 5:11 PM
**To:** Graves, Anwar <agraves@omm.com>; Bowman, Jim <jbowman@omm.com>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Flores, Jessica (USANYS) 1 <Jessica.Flores@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>
**Subject:** RE: 30(b)(6) Deposition Scheduling

Hi Anwar,

The witness covering Topics 6, 10, 11, 14, 18 and 22 will also cover (i) and (ii) below, which I suggest we just refer to as Topic 4 from now on for ease of reference.

in addition, the witness is available for Topic 15 on November 19.

Thanks,
Dana

Dana Walsh Kumar
(212) 637-2741

---

**From:** Graves, Anwar <agraves@omm.com>
**Sent:** Thursday, October 15, 2026 5:21 PM
**To:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; Bowman, Jim <jbowman@omm.com>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Flores, Jessica (USANYS) 1 <Jessica.Flores@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>
**Subject:** [EXTERNAL] Re: 30(b)(6) Deposition Scheduling

Thanks, Dana.

We can confirm that we are available on November 18th for Anthem's 30(b)(6) deposition of Plaintiff on Topics 6, 10, 11, 14, 18, and 22. In light of the Court's ruling today, we renew our request for dates on which Anthem can take 30(b)(6) testimony on "CMS's

understanding [from 2014 through 2018] —and all bases for such understanding—of the meaning of":

(i) "all relevant national standards," as set forth in 42 C.F.R.§ 422.310(d)(1)"; and
(ii) "in compliance with the requirements of [] applicable Federal statutes, regulations, and policies," as set forth in the Part C annual agreement between Anthem and CMS.

Best,
Anwar

---

**From:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>
**Sent:** Wednesday, 14 October 2026 10:14:06
**To:** Graves, Anwar <agraves@omm.com>; Bowman, Jim <jbowman@omm.com>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Flores, Jessica (USANYS) 1 <Jessica.Flores@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>
**Subject:** RE: 30(b)(6) Deposition Scheduling

Hi Anwar,

With respect to scheduling, it is concerning that you let us know yesterday that your team is unavailable to schedule the majority of topics during two of the three weeks leading into the deadline for these depositions. Nonetheless, we are consulting with the witnesses as to their availability and will try to schedule them the days you are available. We understand that Topics 12 and 20 may not require equal time, and should be able to manage that accordingly with the witnesses on November 10.

The witness for Topics 6, 10, 11, 14, 18, 22 is available on November 18. We are checking on revised availability for Topic 15 and will let you know as soon as possible.

With respect to Topic 4, we disagree that there are any remaining sub-topics following the last conference. It is our understanding that the Court ruled that the Government would not be required to provide any testimony in connection with Anthem's Topic 4, including topics previously agreed upon. As we explained to Judge Parker, the prior agreement was premised on not designating fact witness testimony as 30(b)(6) testimony, and the Court agreed the topic would now be covered by the designations she ordered. Moreover, these two sub-topics were covered in detail by Ms. Rice's August 2025 deposition and the Poehling 30(b)(6) depositions. We intend to ask the court at the conference tomorrow for clarity and to confirm that the Government will not be providing testimony as to these two additional topics.

Thanks,
Dana

Dana Walsh Kumar
(212) 637-2741

---

**From:** Graves, Anwar <agraves@omm.com>
**Sent:** Tuesday, October 13, 2026 11:08 AM
**To:** Bowman, Jim <jbowman@omm.com>; Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Flores, Jessica (USANYS) 1 <Jessica.Flores@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>
**Subject:** [EXTERNAL] RE: 30(b)(6) Deposition Scheduling

Hi Dana,

We can confirm that we are available on November 10th for Anthem's 30(b)(6) deposition of Plaintiff on Topics 12 and 20. Although we do not expect to need the entire day for these two topics, we cannot commit now to each of those examinations being exactly 3.5 hours. But we expect to complete those examinations in a single day and do hope to complete each examination in less than 3.5 hours.

November 13th will not work for Topic 15. I will be examining the witness on that topic and will be out of the country during the first two weeks of November due to previously scheduled travel. Please provide alternative dates for Topic 15, and the same constraint applies to the remaining topics for which you are awaiting witness confirmation, as I will be taking those depositions as well. For your planning purposes, I am available the entire week of October 26th and November 18-20th to conduct the examinations on these outstanding topics.

Separately, your list of topics below omits certain topics for which Plaintiff agreed to provide testimony during the meet and confer, and which were never at issue during Anthem's motion to compel before the October case management conference. Those topics corresponded to Topic E in Plaintiff's Rule 30(b)(6) notice of deposition to Anthem. *See* Plaintiff's August 4, 2026 Letter. While Anthem is willing to forego most of that agreed testimony based on the Court's rulings at the September conference, several of those agreed-upon topics were not implicated by any of the Court's rulings and Anthem expects Plaintiff to provide the testimony that you agreed to provide during the meet and confer. Those topics are "CMS's understanding [from 2014 through 2018] —and all bases for such understanding—of the meaning of" (i) "'all relevant national standards,' as set forth in 42 C.F.R.§ 422.310(d)(1)" and (ii) "'in compliance with the requirements of [] applicable Federal statutes, regulations, and policies,' as set forth in the Part C annual agreement between Anthem and CMS." Please confirm that Plaintiff will designate a witness or witnesses for these previously agreed topics and advise on dates when that testimony can be presented.

Best,
Anwar

**O'Melveny**

**Anwar L. Graves**
Partner
agraves@omm.com
O: +1-202-383-5191

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Bowman, Jim <jbowman@omm.com>
**Sent:** Sunday, October 11, 2026 11:15 PM
**To:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; Graves, Anwar <agraves@omm.com>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Flores, Jessica (USANYS) 1 <Jessica.Flores@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>
**Subject:** RE: 30(b)(6) Deposition Scheduling

Hi Dana,

Thank you for kicking things off regarding scheduling. Please let us know when you have dates for the other topics for Anthem's Rule 30b6 deposition notice.

We are working with our client on scheduling and will get back to you shortly with proposed dates for Plaintiff's Rule 30b6 deposition notice to Anthem.

There are a few areas where you have not yet given us the information that we need regarding certain topics in your notice. For example, for Topics (s) and (t), the Court ordered you to identify specific employees about whom you want testimony in relation to annual incentive plans. We have not yet received that list (up to 15 employee names and the compensation plan documents identified by bates number) from you. Similarly, for Topic (l) you are required to identify specific financial analyses from Anthem's produced documents about which you want testimony, but you have not yet identified any such analyses for this topic. Lastly, Topic (q) requires Plaintiff to identify a single set of MRAPC minutes where there is purportedly a non-privileged minute entry relating to a so-called "two way" retrospective chart review and for which it wants testimony.

Please provide this threshold information so that we can do our best to avoid any delay for testimony on these topics.

Best,

Jim

**From:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>
**Sent:** Thursday, October 8, 2026 9:37 AM
**To:** Graves, Anwar <agraves@omm.com>; Bowman, Jim <jbowman@omm.com>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Flores, Jessica (USANYS) 1 <Jessica.Flores@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>
**Subject:** 30(b)(6) Deposition Scheduling

Hi Anwar and Jim,

We are working on scheduling the CMS 30(b)(6) depositions, and propose the below dates. We are still confirming the availability for the witness who will be covering Topics 6, 10, 11, 14, 18, 22, as noted below, but hope to have a proposed date by early next week. Thanks and let me know if you'd like to discuss. Also, obviously copy in the rest of your team as needed, but I figured I'd start a new chain.

Best,
Dana
--

- Topics 12 and 20: November 10 in Baltimore (separate witness for each topic; one morning and one afternoon)
- Topic 15: November 13 in Baltimore
- Topics 6, 10, 11, 14, 18, 22: Confirming witness availability, deposition to take place in DC

Dana Walsh Kumar
Assistant United States Attorney
Southern District of New York
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2741
Email: Dana.Walsh.Kumar@usdoj.gov