# EXHIBIT E

**From:** Levine, Adam
**To:** Doud, Rachael (USANYS); Arias Gray, Elizabeth A.; Aronoff, Peter (USANYS); Walsh Kumar, Dana (USANYS); Gitlin, Adam (USANYS); Fidler, Harry (USANYS); Jacob, Charles (USANYS); Armand, Pierre (USANYS)
**Cc:** Blalack II, K. Lee; Deaton, David; Bowman, Jim; Graves, Anwar; Burke, Christopher P.; Ginsburg, Jared R.; Cayetano, Josh; Geyer, Katie
**Subject:** RE: US v. Anthem: Plaintiff"s Rule 30(b)(6) deposition of Anthem
**Date:** Thursday, November 12, 2026 8:42:17 AM

---

Rachael – 8:30 tomorrow is fine. The witness will be Rachel Magnuson. Katie Geyer and I will also be attending. Also note that subtopic k(iii) will be covered by Anthem's designee scheduled to testify on November 19. The rest of subtopic k will be covered by Ms. Magnuson.

Thanks,
Adam

---

**From:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>
**Sent:** Wednesday, November 11, 2026 5:03 PM
**To:** Arias Gray, Elizabeth A. <earias@omm.com>; Levine, Adam <alevine@omm.com>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>
**Cc:** Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>; Bowman, Jim <jbowman@omm.com>; Graves, Anwar <agraves@omm.com>; Burke, Christopher P. <cburke@omm.com>; Ginsburg, Jared R. <jginsburg@omm.com>; Cayetano, Josh <jcayetano@omm.com>; Geyer, Katie <kgeyer@omm.com>
**Subject:** RE: US v. Anthem: Plaintiff's Rule 30(b)(6) deposition of Anthem

All,

Please confirm that you will be able to start at 8:30 am on Friday and provide the name of the witness and everyone else who will be attending, so we can provide the names to building security. The address for the USAO is 717 West Broadway, Louisville, KY 40202 and the contact there is Bev Razor.

Thanks,

Rachael

---

**From:** Arias Gray, Elizabeth A. <earias@omm.com>
**Sent:** Monday, November 9, 2026 8:23 PM
**To:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Levine, Adam <alevine@omm.com>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>
**Cc:** Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>; Bowman, Jim

<jbowman@omm.com>; Graves, Anwar <agraves@omm.com>; Burke, Christopher P. <cburke@omm.com>; Ginsburg, Jared R. <jginsburg@omm.com>; Cayetano, Josh <jcayetano@omm.com>; Geyer, Katie <kgeyer@omm.com>
**Subject:** [EXTERNAL] RE: US v. Anthem: Plaintiff's Rule 30(b)(6) deposition of Anthem

Thanks, Rachael. We cannot agree to an open-ended amount of time on the record. And whatever we agree to needs to be consistent for both parties. In the interest of compromise, we are willing to agree that each side gets 7.5 hours of direct examination on the record each day of 30(b)(6) testimony.

**Elizabeth A. Arias Gray**
earias@omm.com
O: +1-213-430-7423

---

**From:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>
**Sent:** Monday, November 9, 2026 3:23 PM
**To:** Arias Gray, Elizabeth A. <earias@omm.com>; Levine, Adam <alevine@omm.com>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>
**Cc:** Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>; Bowman, Jim <jbowman@omm.com>; Graves, Anwar <agraves@omm.com>; Burke, Christopher P. <cburke@omm.com>; Ginsburg, Jared R. <jginsburg@omm.com>; Cayetano, Josh <jcayetano@omm.com>; Geyer, Katie <kgeyer@omm.com>
**Subject:** RE: US v. Anthem: Plaintiff's Rule 30(b)(6) deposition of Anthem

Elizabeth,

We are aware of the default rule. However, given that Anthem unilaterally decided which and how many topics to schedule for a single witness, we believe the Court would allow additional deposition hours or days if it is not possible to get through all of the topics Anthem has scheduled for a single day in seven hours. In the interest of efficiency, we would hope that Anthem would not insist on cutting off testimony at seven hours if the topics are not completed in that time but could be completed if the deposition goes slightly longer. Also, it generally takes well over a seven-hour day to get seven hours of testimony on the record, so we will need to build in extra time regardless.

Thanks,

Rachael

---

**From:** Arias Gray, Elizabeth A. <earias@omm.com>
**Sent:** Monday, November 9, 2026 4:04 PM
**To:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Levine, Adam <alevine@omm.com>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Fidler, Harry

(USANYS) <Harry.Fidler@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>
**Cc:** Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>; Bowman, Jim <jbowman@omm.com>; Graves, Anwar <agraves@omm.com>; Burke, Christopher P. <cburke@omm.com>; Ginsburg, Jared R. <jginsburg@omm.com>; Cayetano, Josh <jcayetano@omm.com>; Geyer, Katie <kgeyer@omm.com>
**Subject:** [EXTERNAL] RE: US v. Anthem: Plaintiff's Rule 30(b)(6) deposition of Anthem

Hi Rachael,

Following up on the below, in advance of tomorrow's depositions, we wanted to confirm that the parties are aligned the amount of time on the record for each day of the 30(b)(6) depositions. If that is not the case, please let us know today.

--Elizabeth

**Elizabeth A. Arias Gray**
earias@omm.com
O: +1-213-430-7423

---

**From:** Arias Gray, Elizabeth A.
**Sent:** Friday, November 6, 2026 11:00 AM
**To:** 'Doud, Rachael (USANYS)' <Rachael.Doud@usdoj.gov>; Levine, Adam <alevine@omm.com>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>
**Cc:** Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>; Bowman, Jim <jbowman@omm.com>; Graves, Anwar <AGraves@omm.com>; Burke, Christopher P. <CBurke@omm.com>; Ginsburg, Jared R. <jginsburg@omm.com>; Cayetano, Josh <JCayetano@omm.com>; Geyer, Katie <KGeyer@omm.com>
**Subject:** RE: US v. Anthem: Plaintiff's Rule 30(b)(6) deposition of Anthem

Thanks, Rachael. While we are happy to inquire with the witness about whether they are able to start at 8:30 am, we wish to make clear Anthem's view that each day of Rule 30(b)(6) testimony will not last for more than seven hours of direct examination on the record. Anthem will complete its Rule 30(b)(6) testimony of Plaintiff's witnesses in seven hours of direct examination on the record for each of the three days that are scheduled. Thus, while we would be willing to explore starting the depositions earlier, the length of the depositions should not exceed that seven hour limit regardless of when the deposition day commences. And we will not agree to produce the witness for a second day of deposition. Please let us know if Plaintiff has a different reading of the time limits for Rule 30(b)(6) testimony and, if so, the basis for that view.

**Elizabeth A. Arias Gray**
earias@omm.com
O: +1-213-430-7423

**From:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>
**Sent:** Thursday, November 5, 2026 4:56 PM
**To:** Levine, Adam <alevine@omm.com>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>
**Cc:** Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>; Bowman, Jim <jbowman@omm.com>; Graves, Anwar <agraves@omm.com>; Burke, Christopher P. <cburke@omm.com>; Ginsburg, Jared R. <jginsburg@omm.com>; Cayetano, Josh <jcayetano@omm.com>; Geyer, Katie <kgeyer@omm.com>; Arias Gray, Elizabeth A. <earias@omm.com>
**Subject:** RE: US v. Anthem: Plaintiff's Rule 30(b)(6) deposition of Anthem

All,

Given the number and nature of the topics you've scheduled for November 13, we plan to start the deposition at 8:30 am to try to ensure we have sufficient time. Please also confirm that the witness will be able to stay into the early evening if needed. We will make every effort to get through all of the topics on the 13th but if that is not possible we reserve the right to continue the deposition on another day.

Thanks,

Rachael

---

**From:** Doud, Rachael (USANYS)
**Sent:** Wednesday, October 21, 2026 3:56 PM
**To:** Levine, Adam <alevine@omm.com>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>
**Cc:** Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>; Bowman, Jim <jbowman@omm.com>; Graves, Anwar <agraves@omm.com>; Burke, Christopher P. <cburke@omm.com>; Ginsburg, Jared R. <jginsburg@omm.com>; Cayetano, Josh <jcayetano@omm.com>; Geyer, Katie <kgeyer@omm.com>; Arias Gray, Elizabeth A. <earias@omm.com>
**Subject:** RE: US v. Anthem: Plaintiff's Rule 30(b)(6) deposition of Anthem

Thanks, Adam. We can confirm these dates.

---

**From:** Levine, Adam <alevine@omm.com>
**Sent:** Friday, October 16, 2026 9:00 AM
**To:** Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; Gitlin,

Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Fidler, Harry (USANYS) <Harry.Fidler@usdoj.gov>; Jacob, Charles (USANYS) <Charles.Jacob@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>
**Cc:** Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>; Bowman, Jim <jbowman@omm.com>; Graves, Anwar <agraves@omm.com>; Burke, Christopher P. <cburke@omm.com>; Ginsburg, Jared R. <jginsburg@omm.com>; Cayetano, Josh <jcayetano@omm.com>; Geyer, Katie <kgeyer@omm.com>; Arias Gray, Elizabeth A. <earias@omm.com>
**Subject:** [EXTERNAL] RE: US v. Anthem: Plaintiff's Rule 30(b)(6) deposition of Anthem

All – One addition to the list below in yellow highlight.

Thanks,
Adam

---

**From:** Levine, Adam
**Sent:** Thursday, October 15, 2026 7:57 AM
**To:** Aronoff, Peter (USANYS) <peter.aronoff@usdoj.gov>; Doud, Rachael (USANYS) <rachael.doud@usdoj.gov>; Walsh Kumar, Dana (USANYS) <dana.walsh.kumar@usdoj.gov>; Gitlin, Adam (USANYS) <adam.gitlin@usdoj.gov>; Fidler, Harry (USANYS) <harry.fidler@usdoj.gov>; Jacob, Charles (USANYS) <charles.jacob@usdoj.gov>; Armand, Pierre (USANYS) <pierre.armand@usdoj.gov>
**Cc:** Blalack II, K. Lee <lblalack@omm.com>; Deaton, David <ddeaton@omm.com>; Bowman, Jim <jbowman@omm.com>; Graves, Anwar <AGraves@omm.com>; Burke, Christopher P. <CBurke@omm.com>; Ginsburg, Jared R. <jginsburg@omm.com>; Cayetano, Josh <JCayetano@omm.com>; Geyer, Katie <KGeyer@omm.com>; Arias Gray, Elizabeth A. <earias@omm.com>
**Subject:** US v. Anthem: Plaintiff's Rule 30(b)(6) deposition of Anthem

All – For Plaintiff's 30(b)(6) deposition of Anthem, Anthem is available or tentatively available on the following dates for the topics listed:

- November 13 in Louisville, KY (this is tentative, but we should be able to confirm by early next week) for topics b, c, g, k, m, n and o
- November 19 in Richmond, VA for topics l, s and t
- November 20 in Houston, TX for Topics d, e, i, j, p, q and r

Please let us know if these dates work.

Thanks,
Adam

**Adam G. Levine**
alevine@omm.com
O: +1-213-430-6105

**O'Melveny**