**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 16, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

Via ECF
The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States of America v. Anthem, Inc.*, No. 20 Civ. 2593 (ALC) (KHP)

Dear Judge Parker:

This Office represents the United States of America (the "Government") in the above-referenced case. As discussed at the October 15 conference, the Government respectfully requests that the Court so-order the following two sentences requiring the parties to make certain disclosures; Anthem, Inc. does not object to this request.

1. By December 1, 2026, the Government shall disclose the general topics of anticipated testimony of any expected affirmative expert witness(es).

2. By December 15, 2026, Anthem, Inc. shall disclose the general topics of anticipated testimony of any expected affirmative expert witness(es).

We thank the Court for its attention to this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

**APPLICATION GRANTED**

Katharine H Parker 11/16/2026

**Hon. Katharine H. Parker, U.S.M.J.**

By: */s/ Peter Aronoff*
PIERRE ARMAND
PETER ARONOFF
RACHAEL DOUD
HARRY FIDLER
ADAM GITLIN
CHARLES JACOB
DANA WALSH KUMAR
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007

cc: Anthem's Counsel (Via ECF)