**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 19, 2026

Via ECF
The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2026

Re: *United States of America v. Anthem, Inc.*, No. 20 Civ. 2593 (ALC) (KHP)

Dear Judge Parker:

This Office represents plaintiff the United States of America (the "Government") in the above-referenced lawsuit. We write respectfully to request that the Court temporarily seal for thirty days, until December 18, 2026, the Government's unredacted memorandum of law in support of its motion to preclude Anthem's use of a late-produced document or in the alternative to reopen fact discovery (the "Government's Brief") and exhibits A–D and F–H to the declaration of Assistant U.S. Attorney Harry Fidler (the "Declaration"). Specifically, the Government's Brief contains quotations from (and the Declaration attaches as exhibits) documents that Anthem has produced and deposition transcripts that are marked Confidential or Attorney's Eyes Only pursuant to the Stipulation and Amended Protective Order (the "Protective Order"). *See* ECF No. 485.

In light of the Court's April 10, 2024, Order directing the parties to "make a specific showing that higher values justify" any redactions that are under seal (the "Sealing Order"), ECF No. 199, at 4, we also respectfully propose to apply the procedure set forth in the Court's Sealing Order to the Government's Brief and accompanying exhibits, such that any motion to maintain the redacted information and documents under seal must be filed by December 18, 2026.

The Government notes that the Court recently granted similar requests for provisional sealing of the parties' filings in connection with other disputes. *See, e.g.*, ECF Nos. 570, 577. Anthem consents to the Government's request.

We thank the Court for its attention to this matter and consideration of the Government's request.

Consistent with the Court's past order, by December 18, 2026 the parties shall either: (1) file a motion to seal that sets forth the grounds and legal basis for sealing the material listed herein, or (2) inform the Court they do not intend to file such a motion. The Clerk of Court is respectfully directed to terminate ECF No. 625.

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**

**11/20/2026**

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: *  /s/ Harry Fidler*
PIERRE ARMAND
PETER ARONOFF
RACHAEL DOUD
HARRY FIDLER
ADAM GITLIN
CHARLES JACOB
DANA WALSH KUMAR
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007

cc: Counsel of record (via ECF)